**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Alfonso Amelio** |
| | First Name        Middle Name        Last Name |
| Debtor 2 (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FORIDA |
| Case number (if known) | **24-05039** |

FILED VIA MAIL

SEP 9 2024

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

☐ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

|  |  | Your assets<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.................................................... | $ 4,099,755.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B........................................... | $ 308,763.47 |
| | 1c. Copy line 63, Total of all property on Schedule A/B.................................................... | $ 4,408,518.47 |

### Part 2:   Summarize Your Liabilities

|  |  | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D*... | $ 135,000.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.............................. | $ 0.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................. | $ 10,859.00 |
| | **Your total liabilities** | $ 145,859.00 |

### Part 3:   Summarize Your Income and Expenses

|  |  | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*........................................................ | $ 958.33 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................................ | $ 856.00 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes
7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those incurred by an individual primarily for a personal, family, or household purpose. 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C § 159.

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1    **Amelio, Alfonso**                                     Case number *(if known)* __24-05039__

☐   **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

8.   **From the** *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                    $ _____958.33_____

9.   **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

| Fill in this information to identify your case and this filing: | | |
|---|---|---|
| Debtor 1 | **Alfonso Amelio** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | | |
| (Spouse, if filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FORIDA | |
| Case number | **24-05039** | |

☐ Check if this is an
amended filing

## Official Form 106A/B
# Schedule A/B: Property                                      12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.

■ Yes. Where is the property?

1.1

**17 Grant St**
_____
Street address, if available, or other description

**Middletown     NY    10940-5105**
_____
City          State    ZIP Code

**Orange**
_____
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$131,000.00** | **$43,666.67** |

Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or
a life estate), if known.

☐ **Check if this is community property**
(see instructions)

Debtor 1    **Amelio, Alfonso**                                    Case number *(if known)*    **24-05039**

## 1.2    If you own or have more than one, list here:

**What is the property?** Check all that apply

**3226 Schley Ave**
_____
Street address, if available, or other description

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative

- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Bronx**              **NY**    **10465-1734**
_____
City              State    ZIP Code

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only

**Bronx**
_____
County

- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$720,000.00** | **$240,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

---

## 1.3    If you own or have more than one, list here:

**What is the property?** Check all that apply

**3228 Schley Ave**
_____
Street address, if available, or other description

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative

- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Bronx**              **NY**    **10465-1734**
_____
City              State    ZIP Code

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only

**Bronx**
_____
County

- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$786,000.00** | **$262,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

---

Debtor 1    **Amelio, Amelio**                                Case number *(if known)*    **24-05039**

**1.4**

**If you own or have more than one, list here:**

**2610 Miles Ave**
Street address, if available, or other description

| **Bronx** | **NY** | **10465-2607** |
|---|---|---|
| City | State | ZIP Code |

**Bronx**
County

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$845,000.00** | **$281,666.57** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property
(see instructions)

---

**1.5**

**If you own or have more than one, list here:**

**410 Monroe St**
Street address, if available, or other description

| **Hoboken** | **NJ** | **07030-1729** |
|---|---|---|
| City | State | ZIP Code |

**Hudson**
County

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,950,000.00** | **$650,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property
(see instructions)

---

Debtor 1    **Amelio, Alfonso**                                    Case number *(if known)*    **24-05039**

**If you own or have more than one, list here:**

1.6

| **42 Slusser Ave** |
| Street address, if available, or other description |

| **New Hartford** | **NY** | **13413-2136** |
| City | State | ZIP Code |

| **Oneida** |
| County |

**What is the property?** Check all that apply

- ☐ Single-family home
- ■ Duplex or multi-unit building
- ☐ Condominium or cooperative

- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
| **$113,000.00** | **$37,666.67** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

- ☐ Check if this is community property (see instructions)

---

**If you own or have more than one, list here:**

1.7

| **4915 Clinton Rd** |
| Street address, if available, or other description |

| **Whitesboro** | **NY** | **13492-2832** |
| City | State | ZIP Code |

| **Oneida** |
| County |

**What is the property?** Check all that apply

- ☐ Single-family home
- ■ Duplex or multi-unit building
- ☐ Condominium or cooperative

- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
| **$121,000.00** | **$40,333.33** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

- ☐ Check if this is community property (see instructions)

---

Debtor 1    **Amelio, Alfonso**

Case number *(if known)*    **24-05039**

### If you own or have more than one, list here:

**1.8**

**9 Radtke Rd**

Street address, if available, or other description

**Randolph**      **NJ**      **07869-3812**

City          State      ZIP Code

**Morris**

County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$628,000.00** | **$209,333.33** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** (see instructions)

---

### If you own or have more than one, list here:

**1.9**

**100 Denniston St # U47**

Street address, if available, or other description

**Pittsburgh**      **PA**      **15206-4028**

City          State      ZIP Code

**Allegheny**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
■ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$508,100.00** | **$169,366.67** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** (see instructions)

---

Debtor 1    **Amelio, Alfonso**                                    Case number *(if known)*    **24-05039**

---

**If you own or have more than one, list here:**

1.10

**72 Winterton Rd # 81**
_____
Street address, if available, or other description

**Bloomingburg**        **NY**        **12721-4519**
_____
City                    State          ZIP Code

**Sullivan**
_____
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ■ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$230,000.00** | **$76,666.67** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
_____

- ☐ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number:

---

**If you own or have more than one, list here:**

1.11

**11 Academy Ave**
_____
Street address, if available, or other description

**Middletown**        **NY**        **10940-5101**
_____
City                    State          ZIP Code

**Orange**
_____
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$20,000.00** | **$5,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
_____

- ☐ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number:

---

Debtor 1    **Amelio, Alfonso**                                    Case number *(if known)*   **24-05039**

**1.12**

**If you own or have more than one, list here:**

**13 Academy Ave**
Street address, if available, or other description

**Middletown**          **NY**    **10940-5140**
City                    State    ZIP Code

**Orange**
County

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$242,000.00** | **$60,500.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property**
(see instructions)

---

**1.13**

**If you own or have more than one, list here:**

**15 Academy Ave**
Street address, if available, or other description

**Middletown**          **NY**    **10940-5140**
City                    State    ZIP Code

**Orange**
County

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$245,000.00** | **$61,250.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **Amelio, Alfonso**                                                      Case number *(if known)*    **24-05039**

**1.1 4**

If you own or have more than one, list here:

| | | |
|---|---|---|
| **19 Academy Ave** | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |

**19 Academy Ave**
Street address, if available, or other description

**What is the property?** Check all that apply

- ☐ Single-family home
- ☑ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Middletown        NY    10940-5140**
City          State      ZIP Code

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$263,000.00** | **$65,750.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Orange**
County

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:

---

**1.1 5**

If you own or have more than one, list here:

**What is the property?** Check all that apply

**17 Academy Ave**
Street address, if available, or other description

- ☐ Single-family home
- ☑ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Middletown        NY    10940-5140**
City          State      ZIP Code

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$289,000.00** | **$96,333.33** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Orange**
County

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:

---

Debtor 1    **Amelio, Alfonso**                                                    Case number *(if known)*    **24-05039**

**If you own or have more than one, list here:**

1.1
6

**814 Washington St Apt 2**
Street address, if available, or other description

| Hoboken | NJ | 07030-7012 |
|---------|-----|------------|
| City | State | ZIP Code |

Hudson
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☒ Condominium or cooperative

- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$645,000.00** | **$215,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** (see instructions)

---

**If you own or have more than one, list here:**

1.1
7

**814 Washington St Apt 5**
Street address, if available, or other description

| Hoboken | NJ | 07030-7012 |
|---------|-----|------------|
| City | State | ZIP Code |

Hudson
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☒ Condominium or cooperative

- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$669,400.00** | **$223,133.33** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** (see instructions)

---

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1    **Amelio, Alfonso**                                    Case number *(if known)*    **24-05039**

**If you own or have more than one, list here:**

1.1
8

**100 Denniston St # U2**
Street address, if available, or other description

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☒ Condominium or cooperative

- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$509,100.00** | **$169,700.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Pittsburgh        PA      15206-4028**
City            State      ZIP Code

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Alleghany**
County

- ☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

---

**If you own or have more than one, list here:**

1.1
9

**32 Main St**
Street address, if available, or other description

**What is the property?** Check all that apply

- ☐ Single-family home
- ☒ Duplex or multi-unit building
- ☐ Condominium or cooperative

- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$356,000.00** | **$118,666.67** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**New Milford      CT      06776-2830**
City            State      ZIP Code

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Litchfield**
County

- ☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

---

Debtor 1    **Amelio, Alfonso**                                          Case number *(if known)*    **24-05039**

**If you own or have more than one, list here:**

1.2
0

**145 Carlos Rd**
<br>Street address, if available, or other description

**Union Hall      VA      24176-3860**
<br>City            State    ZIP Code

**Franklin**
<br>County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative

- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$399,950.00** | **$133,316.67** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

- ☐ Check if this is community property (see instructions)

---

**If you own or have more than one, list here:**

1.2
1

**1012 Alden Dr**
<br>Street address, if available, or other description

**Pittsburgh      PA      15220-1017**
<br>City            State    ZIP Code

**Allegheny**
<br>County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative

- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$289,700.00** | **$96,566.67** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

- ☐ Check if this is community property (see instructions)

---

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1    **Amelio, Alfonso**                                    Case number *(if known)*    **24-05039**

**If you own or have more than one, list here:**

1.22

**7125 Fruitville Road # 1432**

Street address, if available, or other description

**Sarasota**        **FL**    **34240**

City                State    ZIP Code

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
■ Manufactured or mobile home
☐ Land
☒ ☒ ☒ ☒ ☒ ☒ ☒ ☒ ☒ ☒ ☒ ☒ ☒ ☒
☐ Timeshare
☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$25,000.00** | **$8,333.33** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

**Sarasota**

County

Other information you wish to add about this item, such as local property identification number:

---

**If you own or have more than one, list here:**

1.23

**311 Glendening Road**

Street address, if available, or other description

**Hapersville**        **NY**    **13787**

City                State    ZIP Code

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$30,000.00** | **$10,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

**Broome**

County

Other information you wish to add about this item, such as local property identification number:

---

Debtor 1    **Amelio, Alfonso**                                           Case number *(if known)*    **24-05039**

**If you own or have more than one, list here:**

1.2
2

**17 Cottage St # 21**
_____
Street address, if available, or other description

**Middletown**      **NY**      **10940-5002**
_____
City                State      ZIP Code

**Orange**
_____
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ■ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$280,000.00** | **$93,333.33** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** (see instructions)

---

**If you own or have more than one, list here:**

1.2
3

**75-79 1/2 Lake Ave**
_____
Street address, if available, or other description

**Middletown**      **NY**      **10940**
_____
City                State      ZIP Code

**Orange**
_____
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$9,000.00** | **$3,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** (see instructions)

---

2577 Schurz Avenue, Bronx, NY 10465, Bronx County Multi Family Unit, Debtor 1 only value $600,000 Current value of portion you own $200,000.00

| Debtor 1 | Amelio, Alfonso | Case number (if known) | 24-05039 |

**1.24**

**If you own or have more than one, list here:**

**68 Crotty Rd**
Street address, if available, or other description

**Middletown    NY    10941-4000**
City          State    ZIP Code

**Orange**
County

**What is the property?** Check all that apply

- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [x] Investment property
- [ ] Timeshare
- [ ] Other _____

**Who has an interest in the property?** Check one

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? **$151,400.00**
Current value of the portion you own? **$50,466.67**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

- [ ] Check if this is community property (see instructions)

**1.25**

**If you own or have more than one, list here:**

Street address, if available, or other description

City          State    ZIP Code

**Orange**
County

**What is the property?** Check all that apply

- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [x] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other _____

**Who has an interest in the property?** Check one

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Residential vacant land at Kirby Place, Town of Wawayanda, Orange County, New York- Section 10, Block 1, Lots 20.222 and 20.8**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? **$35,000.00**
Current value of the portion you own? **$11,666.67**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

- [ ] Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.......................................=> **$4,099,755.00**

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1    **Amelio, Alfonso**                                    Case number *(if known)*    24-05039

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☒ No
☐ Yes

| | | | |
|---|---|---|---|
| 3.1 | Make: _____ | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
| | Model: _____ | ■ Debtor 1 only | |
| | Year: _____ | ☐ Debtor 2 only | |
| | Approximate mileage: _____ | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**   **Current value of the portion you own?** |
| | Other information: | ☐ At least one of the debtors and another | |
| | | ☐ Check if this is community property (see instructions) | _____   _____ |

| | | | |
|---|---|---|---|
| 3.2 | Make: _____ | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
| | Model: _____ | ☐ Debtor 1 only | |
| | Year: _____ | ☐ Debtor 2 only | |
| | Approximate mileage: _____ | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**   **Current value of the portion you own?** |
| | Other information: | ☐ At least one of the debtors and another | |
| | | ☐ Check if this is community property (see instructions) | _____   _____ |

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

**5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**............................................................=>    _____

**Part 3:    Describe Your Personal and  Household Items**

Do you own or have any legal or equitable interest in any of the following items?                    **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes.  Describe.....

| | |
|---|---|
| Misc Household Furniture | $1,470.00 |

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes.  Describe.....

| | |
|---|---|
| TV | $100.00 |
| Computer | $250.00 |

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
■ No
☐ Yes.  Describe.....

| Debtor 1 | **Amelio, Alfonso** | Case number *(if known)* | **24-05039** |

**9. Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   No
   ☐ Yes. Describe.....

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   No
   ☐ Yes. Describe.....

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   No
   ☐ Yes. Describe.....

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ■ No
   ☐ Yes. Describe.....

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   No
   ☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   No
   ☐ Yes. Give specific information.....

| 15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ........................................................... | **$1,820.00** |

| Part 4: | **Describe Your Financial Assets** |

| Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   No
   ☐ Yes.................................................................................

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   Yes........................        Institution name:

| | 17.1. | **Checking Account** | **Bank of America 9708** | **$53.59** |
| | 17.2. | **Checking Account** | **Bank of America 6183** | **$9.88** |
| | 17.3. | **IRA Account** | **McCann Erikson** | **$5000.00** |

Debtor 1    **Amelio, Alfonso**                                      Case number *(if known)*    **24-05039**

17.4. _____    _____    _____

17.5. _____    _____    _____

17.6. _____    _____    _____

17.7. _____    _____    _____

17.8. _____    _____    _____

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................        Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes.  Give specific information about them...................
            Name of entity:                                    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers☐checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
            Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
            Type of account:        Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................        Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No

Official Form 106A/B                          Schedule A/B: Property                                    page 17
Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1    **Amelio, Alfonso**                                          Case number *(if known)*    24-05039

☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
  No
☐ Yes.  Give specific information about them...

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
  No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
  No   - Disputed
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers□compensation, Social Security benefits; unpaid loans you made to someone else
■ No
☐ Yes.  Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner□s, or renter□s insurance
  No
☐ Yes. Name the insurance company of each policy and list its value.
               Company name:                       Beneficiary:                Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
■ No
☐ Yes.  Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
  No
☐ Yes.  Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
  No
☐ Yes.  Describe each claim.........

**35. Any financial assets you did not already list**
■ No
☐ Yes.  Give specific information..

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................................**

**$5063.47**

**Part 5:**  **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.

    Yes. Go to line 38.

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| Debtor 1 | **Amelio, Alfonso** | Case number *(if known)* | **24-05039** |

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**
■ No
☐ Yes. Describe.....

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
■ No
☐ Yes. Describe.....

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
■ No
☐ Yes. Describe.....

**41. Inventory**
■ No
☐ Yes. Describe.....

**42. Interests in partnerships or joint ventures**
■ No
☐ Yes. Give specific information about them....................
　　　　　　　　　Name of entity:　　　　　　　　　　　% of ownership:

**43. Customer lists, mailing lists, or other compilations**
■ No.
☐ Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

　　■ No
　　☐ Yes. Describe.....

**44. Any business-related property you did not already list**
☐ No
■ Yes. Give specific information.........

| | |
|---|---:|
| Academy Avenue, LLC with real estate assets located at 21-23, 25 and 27 Academy Ave, Middletown NY 10940 | $75,000.00 |
| Ironhouse, LLC w/ Real estate holdings located at 814 Washington Street, Apt 1 Hoboken, NJ 07030-7012 | $60,880.00 |
| 62-64 BANK STREET, LLC | $15,000.00 |
| 160 East 89th Street, Apt 4F, NY NY 10128 AEJ 160 E 89 ST LLC | $31,000.00 |
| AEJ 160 E 89 ST LLC | $120,000.00 |

| Debtor 1 | **Amelio, Alfonso** | Case number *(if known)* | **24-05039** |

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**...............................................................................................    | **$301,880.00** |

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes.  Go to line 47.

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ■ No
   ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................    | **$0.00** |

**Part 8:    List the Totals of Each Part of this Form**

| 55. | **Part 1: Total real estate, line 2** ........................................................................................ | | **$4,099,755.00** |
|---|---|---|---|
| 56. | **Part 2: Total vehicles, line 5** | **$0.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$1,820.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$5,063.47** | |
| 59. | **Part 5: Total business-related property, line 45** | **$301,880.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$308,763.47** | Copy personal property total    **$308,763.47** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$4,408,518.47** |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Alfonso Amelio** | |
| | First Name   Middle Name   Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name   Middle Name   Last Name | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FORIDA | |
| Case number | **24-05039** | ☐ Check if this is an |
| (if known) | | amended filing |

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions⬜ such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds⬜ may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Home** **2610 Miles Avenue** Line from *Schedule A/B*: **1.4** | $281,666.57 | ■ $0.01 ☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(2)** |
| **IRA Account** **McCann Erikson** Line from *Schedule A/B*: **17.3** | $5,000.00 | ■ $5000.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |
| **Misc Household Furniture** Line from *Schedule A/B*: **6** | $1,470.00 | ■ $1,470.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(3)** |
| **TV** Line from *Schedule A/B*: **7** | $100.00 | ■ $100.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(3)** |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Computer**<br>Line from *Schedule A/B*: **7** | $250.00 | ■ **$250.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |
| **Bank of America 9708**<br>Line from *Schedule A/B*: **17.1** | $9.88 | ■ **$9.88**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |
| **Bank of America 6183**<br>Line from *Schedule A/B*: **17.2** | $53.59 | ■ **$53.59**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |
| | | ■<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| | | ■<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| | | ☐<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| | | ■<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| | | ■<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| | | ■<br>☐ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   　　☐ No

   　　☐ Yes

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Alfonso Amelio** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FORIDA |
| Case number | **24-05039** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A | Column B | Column C |
|---|---|---|---|
| | Amount of claim | Value of collateral | Unsecured |
| | Do not deduct the | that supports this | portion |
| | value of collateral. | claim | If any |

**2.1**  **62-64 Bank Street LLC**

Creditor's Name

Describe the property that secures the claim:

**Lease Agreement 62-64 Bank St**

**20 SHANNON LANE,
COS COB, CT 06807**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)  **lease**

| Amount of claim | Value of collateral | Unsecured |
|---|---|---|
| $15,000.00 | $15,000.00 | $0.00 |

Date debt was incurred _____          Last 4 digits of account number _____

**2.2**  **160 E 89 ST LLC**

Describe the property that secures the claim:

**160 East 89th Street, NY, NY 10128**

**3333 New Hyde Park
Road, Suite 411, New
Hyde Park, NY 11042**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)  **lease**

| Amount of claim | Value of collateral | Unsecured |
|---|---|---|
| $120,000.00 | $120,000.00 | $0.0 |

Date debt was incurred _____          Last 4 digits of account number _____

Debtor 1    **Alfonso Amelio**
      First Name         Middle Name         Last Name           Case number (if know)    **24-05039**

| 2.3 | **AMGRO** | Describe the property that secures the claim: | unknown | $1,950,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

410 Monroe St, Hoboken, NJ 07030-1729

100 North Pkwy
Worcester, MA
01605-1349

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

| 2.4 | **City of Middletown** | Describe the property that secures the claim: | unknown | $242,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

13 Academy Ave, Middletown, NY 10940-5140

16 James St
Middletown, NY
10940-5724

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)    **Property Taxes**

Date debt was incurred _____    Last 4 digits of account number _____

| 2.5 | **City of Middletown** | Describe the property that secures the claim: | unknown | $245,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

15 Academy Ave, Middletown, NY 10940-5140

16 James St
Middletown, NY
10940-5724

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)    **Property Taxes**

Date debt was incurred _____    Last 4 digits of account number _____

| 2.6 | **City of Middletown** | Describe the property that secures the claim: | unknown | $289,000.00 | $0.00 |
|---|---|---|---|---|---|

Debtor 1 **Alfonso Amelio**
First Name          Middle Name          Last Name                         Case number (if know)   **24-05039**

---

Creditor's Name

**16 James St
Middletown, NY
10940-5724**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Date debt was incurred** _____

**17 Academy Ave, Middletown, NY
10940-5140**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)    **Property Taxes**

**Last 4 digits of account number** _____

---

| 2.7 | **City of Middletown** | | | |
|---|---|---|---|---|

Creditor's Name

**16 James St
Middletown, NY
10940-5724**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Date debt was incurred** _____

**Describe the property that secures the claim:**          unknown    $263,000.00    $0.00

**19 Academy Ave, Middletown, NY
10940-5140**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)    **Property Taxes**

**Last 4 digits of account number** _____

---

| 2.8 | **Colony Pointe Townhouse Assoc** | | | |
|---|---|---|---|---|

Creditor's Name

**102 Broadway St Ste 500
Carnegie, PA 15106-2486**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Date debt was incurred** _____

**Describe the property that secures the claim:**          unknown    $289,700.00    $0.00

**1012 Alden Dr, Pittsburgh, PA
15220-1017**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)    **HoA**

**Last 4 digits of account number** _____

---

| 2.9 | **CountryWide Home Loans** | | | |
|---|---|---|---|---|

Creditor's Name

**450 American St
Simi Valley, CA
93065-6285**

**Describe the property that secures the claim:**          unknown    $508,100.00    $0.00

**100 Denniston St # U47, Pittsburgh,
PA 15206-4028**

---

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1   **Alfonso Amelio**                                                                  Case number (if know)   **24-05039**
    First Name              Middle Name              Last Name

---

 

_____

    Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset)

Date debt was incurred _____   Last 4 digits of account number _____

---

| 2.10 | CountryWide Home Loans | | unknown | $289,700.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**450 American St**
**Simi Valley, CA**
**93065-6285**

    Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**1012 Alden Dr, Pittsburgh, PA 15220-1017**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset)

Date debt was incurred _____   Last 4 digits of account number _____

---

| 2.11 | CountryWide Home Loans | | unknown | $509,100.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**450 American St**
**Simi Valley, CA**
**93065-6285**

    Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**100 Denniston St # U2, Pittsburgh, PA 15206-4028**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset)

Date debt was incurred _____   Last 4 digits of account number _____

---

| 2.12 | First Horizon | | unknown | $230,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**PO Box 1545**
**Memphis, TN 38101**

**Describe the property that secures the claim:**

**72 Winterton Rd # 81, Bloomingburg, NY 12721-4519**

**As of the date you file, the claim is:** Check all that apply.

---

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 4 of 16

Debtor 1    **Alfonso Amelio**

First Name         Middle Name         Last Name

Case number (if know)    **24-05039**

---

_____
Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
  community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured
  car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.1 3 | **First Horizon** | Describe the property that secures the claim: | unknown | $131,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

17 Grant St, Middletown, NY
10940-5105

PO Box 1545
Memphis, TN 38101-1545

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that
apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
  community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured
  car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.1 4 | **First Horizon** | Describe the property that secures the claim: | unknown | $845,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

2610 Miles Ave, Bronx, NY
10465-2607

PO Box 1545
Memphis, TN 38101

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that
apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
  community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured
  car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.1 5 | **PNC Mortgage** | Describe the property that secures the claim: | unknown | $242,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

13 Academy Ave, Middletown, NY
10940-5140

PO Box 5570
Cleveland, OH 44101

**As of the date you file, the claim is:** Check all that
apply.
☐ Contingent

---

Software Copyright (c) 1996-2017 CiN Group - www.cincompass.com

Debtor 1    **Alfonso Amelio**                                              Case number (if known)    **24-05039**

First Name          Middle Name          Last Name

Number, Street, City, State & Zip Code

☐ Unliquidated

■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a
community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured
car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.1 6 | **Quicken Loans** | Describe the property that secures the claim: | unknown | $720,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**3226 Schley Ave, Bronx, NY
10465-1734**

**1050 Woodward Ave
Detroit, MI 48226-1906**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that
apply.

☐ Contingent

☐ Unliquidated

■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a
community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured
car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset)

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.1 7 | **Quicken Loans** | Describe the property that secures the claim: | unknown | $786,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**3228 Schley Ave, Bronx, NY
10465-1734**

**1050 Woodward Ave
Detroit, MI 48226-1906**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that
apply.

☐ Contingent

☐ Unliquidated

■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a
community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured
car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.1 8 | **Quicken Loans** | Describe the property that secures the claim: | unknown | $628,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**9 Radtke Rd, Randolph, NJ
07869-3812**

**1050 Woodward Ave
Detroit, MI 48226-1906**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that
apply.

☐ Contingent

☐ Unliquidated

Debtor 1   **Alfonso Amelio**                                          Case number (if know)   **24-05039**
_____  _____  _____
First Name   Middle Name       Last Name

■ Disputed

**Who owes the debt?** Check one.     **Nature of lien.** Check all that apply.

■ Debtor 1 only                       ■ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                          car loan)
☐ Debtor 1 and Debtor 2 only          ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another    ☐ Judgment lien from a lawsuit
☐ Check if this claim relates to a    ☐ Other (including a right to offset) _____
   community debt

Date debt was incurred _____  Last 4 digits of account number _____

---

| 2.19 | **Quicken Loans** | Describe the property that secures the claim: | unknown | $263,000.00 | $0.00 |

Creditor's Name

**19 Academy Ave, Middletown, NY 10940-5140**

**1050 Woodward Ave**
**Detroit, MI 48226-1906**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.     **Nature of lien.** Check all that apply.

■ Debtor 1 only                       ■ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                          car loan)
☐ Debtor 1 and Debtor 2 only          ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another    ☐ Judgment lien from a lawsuit
☐ Check if this claim relates to a    ☐ Other (including a right to offset) _____
   community debt

Date debt was incurred _____  Last 4 digits of account number _____

---

| 2.20 | **Quicken Loans** | Describe the property that secures the claim: | unknown | $245,000.00 | $0.00 |

Creditor's Name

**15 Academy Ave, Middletown, NY 10940-5140**

**1050 Woodward Ave**
**Detroit, MI 48226-1906**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.     **Nature of lien.** Check all that apply.

■ Debtor 1 only                       ■ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                          car loan)
☐ Debtor 1 and Debtor 2 only          ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another    ☐ Judgment lien from a lawsuit
☐ Check if this claim relates to a    ☐ Other (including a right to offset) _____
   community debt

Date debt was incurred _____  Last 4 digits of account number _____

---

| 2.21 | **Quicken Loans** | Describe the property that secures the claim: | unknown | $113,000.00 | $0.00 |

Creditor's Name

**42 Slusser Ave, New Hartford, NY 13413-2136**

**1050 Woodward Ave**
**Detroit, MI 48226-1906**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

---

Software Copyright (c) 1996-2017 CiN Group - www.cincompass.com

Debtor 1  **Alfonso Amelio**
    First Name       Middle Name       Last Name

Case number (if know)  **24-05039**

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Date debt was incurred _____  Last 4 digits of account number _____

---

| 2.2 2 | **Quicken Loans** | Describe the property that secures the claim: | **unknown** | **$121,000.00** | **$0.00** |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

4915 Clinton Rd, Whitesboro, NY 13492-2832

**1050 Woodward Ave Detroit, MI 48226-1906**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Date debt was incurred _____  Last 4 digits of account number _____

---

| 2.2 3 | **Quicken Loans** | Describe the property that secures the claim: | **unknown** | **$289,000.00** | **$0.00** |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

17 Academy Ave, Middletown, NY 10940-5140

**1050 Woodward Ave Detroit, MI 48226-1906**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Date debt was incurred _____  Last 4 digits of account number _____

---

| 2.2 4 | **Quicken Loans** | Describe the property that secures the claim: | **unknown** | **$399,950.00** | **$0.00** |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

145 Carlos Rd, Union Hall, VA 24176-3860

**1050 Woodward Ave Detroit, MI 48226-1906**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 8 of 16

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

| Debtor 1 | **Alfonso** | | **Amelio** | | Case number (if know) | **24-05039** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Date debt was incurred _____     Last 4 digits of account number _____

---

| 2.2 5 | **Quicken Loans** | | unknown | $356,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

Describe the property that secures the claim:

32 Main St, New Milford, CT 06776-2830

**1050 Woodward Ave
Detroit, MI 48226-1906**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Date debt was incurred _____     Last 4 digits of account number _____

---

| 2.2 6 | **Rushmore Capital Partners, LLC** | | unknown | $608,800.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

Describe the property that secures the claim:

814 Washington St Apt 1, Hoboken, NJ 07030-7012

**65 Broadway Ste 835
New York, NY 10006-2503**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Date debt was incurred _____     Last 4 digits of account number _____

---

| 2.2 7 | **Village of Shadyside Community Assoc** | | unknown | $509,100.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

Describe the property that secures the claim:

100 Denniston St # U2, Pittsburgh, PA 15206-4028

**c/o Arnheim & Neely, Inc
425 N Craig St Ste 100
Pittsburgh, PA 15213-1187**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

---

Official Form 106D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 9 of 16

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

| Debtor 1 | **Alfonso Amelio** | | | Case number (if known) | **24-05039** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

☐ Debtor 1 only      ☐ An agreement you made (such as mortgage or secured
☐ Debtor 2 only          car loan)
☐ Debtor 1 and Debtor 2 only    ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another    ☐ Judgment lien from a lawsuit
☐ Check if this claim relates to a    ■ Other (including a right to offset)    **Association Dues**
     community debt

Date debt was incurred _____     Last 4 digits of account number _____

---

| 2.28 | **Wells Fargo Bank** | Describe the property that secures the claim: | unknown | $645,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

PO Box 10335
Des Moines, IA
50306-0335

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**814 Washington St Apt 2, Hoboken, NJ 07030-7012**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number _____

---

| 2.29 | **Wells Fargo Bank** | Describe the property that secures the claim: | unknown | $699,400.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

PO Box 10335
Des Moines, IA
50306-0335

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**814 Washington St Apt 5, Hoboken, NJ 07030-7012**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number _____

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $135,000.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $135,000.00 |

**Part 2:**   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| Debtor 1 | **Alfonso Amelio** | | | Case number (if know) | **24-05039** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Name, Number, Street, City, State & Zip Code | On which line in Part 1 did you enter the creditor? **2.3** |
|---|---|
| ☐ **America's Servicing Co** **Attn: Bankruptcy Dept** **3476 Stateview Blvd** **Fort Mill, SC 29715-7203** | Last 4 digits of account number ___ |

| Name, Number, Street, City, State & Zip Code | On which line in Part 1 did you enter the creditor? **2.4** |
|---|---|
| ☐ **American Tax Funding** **c/o Phillips Lytle LLP Attn: Nickolas Ka** **620 8th Ave Fl 23** **New York, NY 10018-1669** | Last 4 digits of account number ___ |

| Name, Number, Street, City, State & Zip Code | On which line in Part 1 did you enter the creditor? **2.5** |
|---|---|
| ☐ **American Tax Funding** **c/o Phillips Lytle LLP Attn: Nickolas Ka** **620 8th Ave Fl 23** **New York, NY 10018-1669** | Last 4 digits of account number ___ |

| Name, Number, Street, City, State & Zip Code | On which line in Part 1 did you enter the creditor? **2.9** |
|---|---|
| ☐ **BAC Home Loans Servicing** **f/k/a Countrywide Home Loans Servicing,** **1800 Tapo Canyon Rd** **Simi Valley, CA 93063-6712** | Last 4 digits of account number ___ |

| Name, Number, Street, City, State & Zip Code | On which line in Part 1 did you enter the creditor? **2.10** |
|---|---|
| ☐ **BAC Home Loans Servicing** **f/k/a Countrywide Home Loans Servicing,** **1800 Tapo Canyon Rd** **Simi Valley, CA 93063-6712** | Last 4 digits of account number ___ |

| Name, Number, Street, City, State & Zip Code | On which line in Part 1 did you enter the creditor? **2.11** |
|---|---|
| ☐ **BAC Home Loans Servicing** **f/k/a Countrywide Home Loans Servicing,** **1800 Tapo Canyon Rd** **Simi Valley, CA 93063-6712** | Last 4 digits of account number ___ |

| Name, Number, Street, City, State & Zip Code | On which line in Part 1 did you enter the creditor? **2.21** |
|---|---|
| ☐ **BAC Home Loans Servicing** **f/k/a Countrywide Home Loans Servicing,** **1800 Tapo Canyon Rd** **Simi Valley, CA 93063-6712** | Last 4 digits of account number ___ |

| Name, Number, Street, City, State & Zip Code | On which line in Part 1 did you enter the creditor? **2.22** |
|---|---|
| ☐ **BAC Home Loans Servicing** **f/k/a Countrywide Home Loans Servicing,** **1800 Tapo Canyon Rd** **Simi Valley, CA 93063-6712** | Last 4 digits of account number ___ |

| Name, Number, Street, City, State & Zip Code | On which line in Part 1 did you enter the creditor? **2.11** |
|---|---|
| ☐ **Bank of Americ** **f/k/a Countrywide Home Loans Servicing,** **1800 Tapo Canyon Rd** **Simi Valley, CA 93063-6712** | Last 4 digits of account number ___ |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1  **Alfonso Amelio**                                          Case number (if know)  **24-05039**

      First Name           Middle Name           Last Name

☐   Name, Number, Street, City, State & Zip Code
**Bank of America**
**f/k/a Countrywide Home Loans Servicing,**
**1800 Tapo Canyon Rd**
**Simi Valley, CA 93063-6712**

On which line in Part 1 did you enter the creditor?  **2.9**

Last 4 digits of account number ___

---

☐   Name, Number, Street, City, State & Zip Code
**Bank of America**
**f/k/a Countrywide Home Loans Servicing,**
**1800 Tapo Canyon Rd**
**Simi Valley, CA 93063-6712**

On which line in Part 1 did you enter the creditor?  **2.10**

Last 4 digits of account number ___

---

☐   Name, Number, Street, City, State & Zip Code
**Bank of America**
**f/k/a Countrywide Home Loans Servicing,**
**1800 Tapo Canyon Rd**
**Simi Valley, CA 93063-6712**

On which line in Part 1 did you enter the creditor?  **2.21**

Last 4 digits of account number ___

---

☐   Name, Number, Street, City, State & Zip Code
**Bank of America**
**f/k/a Countrywide Home Loans Servicing,**
**1800 Tapo Canyon Rd**
**Simi Valley, CA 93063-6712**

On which line in Part 1 did you enter the creditor?  **2.22**

Last 4 digits of account number ___

---

☐   Name, Number, Street, City, State & Zip Code
**Brandt, Milnes & Rea, P.C.**
**310 Grant St Ste 1109**
**Pittsburgh, PA 15219-2227**

On which line in Part 1 did you enter the creditor?  **2.27**

Last 4 digits of account number ___

---

☐   Name, Number, Street, City, State & Zip Code
**CountryWide Home Loans**
**450 American St**
**Simi Valley, CA 93065-6285**

On which line in Part 1 did you enter the creditor?  **2.21**

Last 4 digits of account number ___

---

☐   Name, Number, Street, City, State & Zip Code
**CountryWide Home Loans**
**450 American St**
**Simi Valley, CA 93065-6285**

On which line in Part 1 did you enter the creditor?  **2.22**

Last 4 digits of account number ___

---

☐   Name, Number, Street, City, State & Zip Code
**Deutsche Bank National Trust**
**c/o Ocwen Loan Servicing, LLC**
**PO Box 24605**
**West Palm Beach, FL 33416-4605**

On which line in Part 1 did you enter the creditor?  **2.16**

Last 4 digits of account number ___

---

☐   Name, Number, Street, City, State & Zip Code
**Deutsche Bank National Trust**
**c/o Ocwen Loan Servicing, LLC**
**PO Box 24605**
**West Palm Beach, FL 33416-4605**

On which line in Part 1 did you enter the creditor?  **2.17**

Last 4 digits of account number ___

---

☐   Name, Number, Street, City, State & Zip Code
**Deutsche Bank National Trust**
**c/o Ocwen Loan Servicing, LLC**
**PO Box 24605**
**West Palm Beach, FL 33416-4605**

On which line in Part 1 did you enter the creditor?  **2.18**

Last 4 digits of account number ___

---

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1    **Alfonso Amelio**

First Name          Middle Name          Last Name

Case number (if know)    **24-05039**

---

Name, Number, Street, City, State & Zip Code
**Deutsche Bank National Trust
c/o Ocwen Loan Servicing, LLC
PO Box 24605
West Palm Beach, FL 33416-4605**

On which line in Part 1 did you enter the creditor?  **2.24**

Last 4 digits of account number ___

---

Name, Number, Street, City, State & Zip Code
**Deutsche Bank National Trust
c/o Ocwen Loan Servicing, LLC
PO Box 24605
West Palm Beach, FL 33416-4605**

On which line in Part 1 did you enter the creditor?  **2.25**

Last 4 digits of account number ___

---

Name, Number, Street, City, State & Zip Code
**EMC Mortgage, LLC
2780 Lake Vista Dr
Lewisville, TX 75067-3884**

On which line in Part 1 did you enter the creditor?  **2.3**

Last 4 digits of account number ___

---

Name, Number, Street, City, State & Zip Code
**Federal National Mortgage
c/o Seterus, Inc.
PO Box 1047
Hartford, CT 06143-1047**

On which line in Part 1 did you enter the creditor?  **2.9**

Last 4 digits of account number ___

---

Name, Number, Street, City, State & Zip Code
**Federal National Mortgage
c/o Seterus, Inc.
PO Box 1047
Hartford, CT 06143-1047**

On which line in Part 1 did you enter the creditor?  **2.19**

Last 4 digits of account number ___

---

Name, Number, Street, City, State & Zip Code
**Federal National Mortgage
c/o Seterus, Inc.
PO Box 1047
Hartford, CT 06143-1047**

On which line in Part 1 did you enter the creditor?  **2.23**

Last 4 digits of account number ___

---

Name, Number, Street, City, State & Zip Code
**Federal National Mortgage
c/o Seterus, Inc.
PO Box 1047
Hartford, CT 06143-1047**

On which line in Part 1 did you enter the creditor?  **2.28**

Last 4 digits of account number ___

---

Name, Number, Street, City, State & Zip Code
**IndyMac Bank
PO Box 4045
Kalamazoo, MI 49003**

On which line in Part 1 did you enter the creditor?  **2.16**

Last 4 digits of account number ___

---

Name, Number, Street, City, State & Zip Code
**IndyMac Bank
PO Box 4045
Kalamazoo, MI 49003**

On which line in Part 1 did you enter the creditor?  **2.17**

Last 4 digits of account number ___

---

Name, Number, Street, City, State & Zip Code
**IndyMac Bank
PO Box 4045
Kalamazoo, MI 49003**

On which line in Part 1 did you enter the creditor?  **2.18**

Last 4 digits of account number ___

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 13 of 16

Debtor 1  **Alfonso Amelio**

First Name          Middle Name          Last Name

Case number (if know)  **24-05039**

---

☐ Name, Number, Street, City, State & Zip Code
**IndyMac Bank**
**PO Box 4045**
**Kalamazoo, MI 49003**

On which line in Part 1 did you enter the creditor?  **2.19**

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
**IndyMac Bank**
**PO Box 4045**
**Kalamazoo, MI 49003**

On which line in Part 1 did you enter the creditor?  **2.23**

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
**IndyMac Bank**
**PO Box 4045**
**Kalamazoo, MI 49003**

On which line in Part 1 did you enter the creditor?  **2.24**

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
**IndyMac Bank**
**PO Box 4045**
**Kalamazoo, MI 49003**

On which line in Part 1 did you enter the creditor?  **2.25**

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
**MTGLQ Investors, LP**
**Christopher Ford, Esq KML Law Group, PC**
**216 Haddon Ave Ste 406**
**Westmont, NJ 08108-2812**

On which line in Part 1 did you enter the creditor?  **2.29**

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
**Nationstar**
**PO Box 619096**
**Dallas, TX 75261-9096**

On which line in Part 1 did you enter the creditor?  **2.11**

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
**Nationstar Mortgage**
**350 Highland Dr**
**Lewisville, TX 75067**

On which line in Part 1 did you enter the creditor?  **2.12**

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
**Nationstar Mortgage**
**PO Box 130536**
**Dallas, TX 75313**

On which line in Part 1 did you enter the creditor?  **2.10**

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
**Nationstar Mortgage**
**350 Highland Dr**
**Lewisville, TX 75067**

On which line in Part 1 did you enter the creditor?  **2.14**

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
**NRZ REO VIII, LLC**
**KML LAW GROUP, P.C. Attn: Thomas Puleo,**
**701 Market St**
**Philadelphia, PA 19106-1538**

On which line in Part 1 did you enter the creditor?  **2.11**

Last 4 digits of account number ___

---

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1  **Alfonso Amelio**

First Name          Middle Name          Last Name

Case number (if know)  **24-05039**

---

Name, Number, Street, City, State & Zip Code
**NS161, LLC**
**c/o SN Servicing Corp**
**323 5th St**
**Eureka, CA 95501-0305**

On which line in Part 1 did you enter the creditor?  **2.12**

Last 4 digits of account number ___

---

Name, Number, Street, City, State & Zip Code
**Ocwen Loan Servicing**
**PO Box 24646**
**West Palm Beach, FL 33416**

On which line in Part 1 did you enter the creditor?  **2.16**

Last 4 digits of account number ___

---

Name, Number, Street, City, State & Zip Code
**Ocwen Loan Servicing**
**PO Box 24646**
**West Palm Beach, FL 33416**

On which line in Part 1 did you enter the creditor?  **2.17**

Last 4 digits of account number ___

---

Name, Number, Street, City, State & Zip Code
**Ocwen Loan Servicing**
**PO Box 24646**
**West Palm Beach, FL 33416**

On which line in Part 1 did you enter the creditor?  **2.18**

Last 4 digits of account number ___

---

Name, Number, Street, City, State & Zip Code
**Ocwen Loan Servicing**
**PO Box 24646**
**West Palm Beach, FL 33416**

On which line in Part 1 did you enter the creditor?  **2.19**

Last 4 digits of account number ___

---

Name, Number, Street, City, State & Zip Code
**Ocwen Loan Servicing**
**PO Box 24646**
**West Palm Beach, FL 33416**

On which line in Part 1 did you enter the creditor?  **2.23**

Last 4 digits of account number ___

---

Name, Number, Street, City, State & Zip Code
**Ocwen Loan Servicing**
**PO Box 24646**
**West Palm Beach, FL 33416**

On which line in Part 1 did you enter the creditor?  **2.24**

Last 4 digits of account number ___

---

Name, Number, Street, City, State & Zip Code
**One West Bank**
**6900 Beatrice Dr.**
**Kalamazoo, MI 49009**

On which line in Part 1 did you enter the creditor?  **2.19**

Last 4 digits of account number ___

---

Name, Number, Street, City, State & Zip Code
**One West Bank**
**6900 Beatrice Dr.**
**Kalamazoo, MI 49009**

On which line in Part 1 did you enter the creditor?  **2.23**

Last 4 digits of account number ___

---

Name, Number, Street, City, State & Zip Code
**Real Time Resolutions**
**1349 Empire Central Dr Ste 1**
**Dallas, TX 75247-4066**

On which line in Part 1 did you enter the creditor?  **2.21**

Last 4 digits of account number ___

---

Name, Number, Street, City, State & Zip Code
**Real Time Resolutions**
**1349 Empire Central Dr Ste 1**
**Dallas, TX 75247-4066**

On which line in Part 1 did you enter the creditor?  **2.22**

Last 4 digits of account number ___

---

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1   **Alfonso Amelio**

First Name         Middle Name         Last Name

Case number (if know)   **24-05039**

| | |
|---|---|
| Name, Number, Street, City, State & Zip Code<br>**Rushmore Loan Management Services**<br>**PO Box 55004**<br>**Irvine, CA 92619-5004** | On which line in Part 1 did you enter the creditor?  __2.9__<br><br>Last 4 digits of account number ___ |
| Name, Number, Street, City, State & Zip Code<br>**Specialized Loan Servicing**<br>**8742 Lucent Blvd Ste 300**<br>**Highlands Ranch, CO 80129-2386** | On which line in Part 1 did you enter the creditor?  __2.21__<br><br>Last 4 digits of account number ___ |
| Name, Number, Street, City, State & Zip Code<br>**Specialized Loan Servicing**<br>**8742 Lucent Blvd Ste 300**<br>**Highlands Ranch, CO 80129-2386** | On which line in Part 1 did you enter the creditor?  __2.22__<br><br>Last 4 digits of account number ___ |
| Name, Number, Street, City, State & Zip Code<br>**Specialized Loan Servicing**<br>**8742 Lucent Blvd Ste 300**<br>**Highlands Ranch, CO 80129-2386** | On which line in Part 1 did you enter the creditor?  __2.3__<br><br>Last 4 digits of account number ___ |
| Name, Number, Street, City, State & Zip Code<br>**The Bank of New York Mellon**<br>**c/o Buckley Madole, P.C.**<br>**420 Lexington Ave Rm 840**<br>**New York, NY 10170-0840** | On which line in Part 1 did you enter the creditor?  __2.12__<br><br>Last 4 digits of account number ___ |
| Name, Number, Street, City, State & Zip Code<br>**The Bank of New York Mellon**<br>**c/o Buckley Madole, P.C.**<br>**420 Lexington Ave Rm 840**<br>**New York, NY 10170-0840** | On which line in Part 1 did you enter the creditor?  __2.13__<br><br>Last 4 digits of account number ___ |
| Name, Number, Street, City, State & Zip Code<br>**The Bank of New York Mellon**<br>**c/o Buckley Madole, P.C.**<br>**420 Lexington Ave Rm 840**<br>**New York, NY 10170-0840** | On which line in Part 1 did you enter the creditor?  __2.14__<br><br>Last 4 digits of account number ___ |
| Name, Number, Street, City, State & Zip Code<br>**The Bank of New York Mellon**<br>**c/o Buckley Madole, P.C.**<br>**420 Lexington Ave Rm 840**<br>**New York, NY 10170-0840** | On which line in Part 1 did you enter the creditor?  __2.3__<br><br>Last 4 digits of account number ___ |
| Name, Number, Street, City, State & Zip Code<br>**Wilmington Savings**<br>**c/o Knuckles, Komosinski & Manfro, LLP**<br>**565 Taxter Rd Ste 590**<br>**Elmsford, NY 10523-2300** | On which line in Part 1 did you enter the creditor?  __2.9__<br><br>Last 4 digits of account number ___ |

| Fill in this information to identify your case: |
| --- |

| Debtor 1 | **Alfonso Amelio** | | |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FORIDA | | |
| Case number | **24-05039** | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**   **List All of Your PRIORITY Unsecured Claims**

1.   Do any creditors have priority unsecured claims against you?

   ■ No. Go to Part 2.

   ☐ Yes.

**Part 2:**   **List All of Your NONPRIORITY Unsecured Claims**

3.   Do any creditors have nonpriority unsecured claims against you?

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4.   List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
| --- | --- | --- |

| 4.1 | **Amity Associates** | Last 4 digits of account number _____ | **$0.00** |
| --- | --- | --- | --- |
| | Nonpriority Creditor's Name | | |
| | | When was the debt incurred? _____ | |

**PO Box 123**
**Mount Freedom, NJ 07970-0123**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

Debtor 1 **Amelio, Alfonso**

Case number (if know) __24-05039__

---

| 4.2 | **CitiBank USA N.A.** |
| | Nonpriority Creditor's Name |

Last 4 digits of account number _____     **unknown**

When was the debt incurred? _____

**PO Box 6181**
**Sioux Falls, SD 57117-6181**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 | **Convergent Outsourcing, Inc.** |
| | Nonpriority Creditor's Name |

Last 4 digits of account number _____     **unknown**

When was the debt incurred? _____

**PO Box 9004**
**Renton, WA 98057**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.4 | **Credit Center Inc** |
| | Nonpriority Creditor's Name |

Last 4 digits of account number _____     **unknown**

When was the debt incurred? _____

**7 Finance Dr**
**Danbury, CT 06810-4133**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1    **Amelio, Alfonso**

Case number (if know)    **24-05039**

---

| | | |
|---|---|---|
| **4.5** | **Credit Collection Services** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**PO Box 447**
**Norwood, MA 02062-0447**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

□ Yes

□ Contingent

□ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| | | |
|---|---|---|
| **4.6** | **Daniel Brownstein and Maya Lahav** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**400 Birch Pl**
**Westfield, NJ 07090-4302**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

□ Yes

□ Contingent

□ Unliquidated

□ Disputed

Type of NONPRIORITY unsecured claim:

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| | | |
|---|---|---|
| **4.7** | **Eiges & Orgel** | Last 4 digits of account number _____ | **$10,859.00** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**233 Broadway Rm 2205**
**New York, NY 10279-2300**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

□ Yes

□ Contingent

□ Unliquidated

□ Disputed

Type of NONPRIORITY unsecured claim:

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Service Charges**

---

Debtor 1   **Amelio, Alfonso**

Case number (if know)   **24-05039**

---

| 4.8 | **IC Systems** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 64378**
**Saint Paul, MN 55164**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.9 | **Kohls** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 3115**
**Milwaukee, WI 53201-3115**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| 4.10 | **Mackiewicz & Associates, LLC** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**625 Washington St**
**Hoboken, NJ 07030-4921**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1   **Amelio, Alfonso**

Case number (if know)   **24-05039**

| 4.11 | **SW Credit Systems** |
|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number _____ _____      **unknown**

When was the debt incurred?

**4120 International Pkwy Ste 1100
Carrollton, TX 75007-1958**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

■ No
☐ Yes

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | | Total Claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | Domestic support obligations | 6a. | $ 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ 0.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | Total Priority. Add lines 6a through 6d. | 6e. | $ 0.00 |
| | 6f. | Student loans | 6f. | Total Claim $ 0.00 |
| Total claims from Part 2 | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 10,859.00 |
| | 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. | $ 10,859.00 |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Alfonso Amelio** |
| | First Name            Middle Name            Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FORIDA |
| Case number (if known) | 24-05039 |

☐ Check if this is an amended filing

# Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ☐X Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** | |
| Name  Arbor Terrace RV Resort | RV Lot Rent 5623A |
| Number      Street | |
| City            State        ZIP Code | |
| **2.2** | |
| Name    Sun Outdoors Sarasota | RV Lot Rent 0005 |
| Number      Street | |
| City            State        ZIP Code | |
| **2.3** | |
| Name    Sun Outdoors Sarasota | RV Lot Rent 1432 |
| Number      Street | |
| City            State        ZIP Code | |
| **2.4** | |
| Name | |
| Number      Street | |
| City            State        ZIP Code | |
| **2.5** | |
| Name | |
| Number      Street | |
| City            State        ZIP Code | |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Alfonso Amelio** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FORIDA |
| Case number (if known) | **24-05039** |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

**Column 1: Your codebtor**
Name, Number, Street, City, State and ZIP Code

**Column 2: The creditor to whom you owe the debt**
Check all schedules that apply:

| 3.1 | |
|---|---|
| | Name |

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Number          Street
City                          State                    ZIP Code

| 3.2 | |
|---|---|
| | Name |

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Number          Street
City                          State                    ZIP Code

Fill in this information to identify your case:

Debtor 1 **Alfonso Amelio**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FORIDA

Case number **24-05039**
(if known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13
income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|---|
| Employment status | | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | **Graphic Art/ Rental Properties** | |
| Employer's name | | **Self Employed** | |
| Employer's address | | **37 Main Street #337**<br>**New Milford, CT 06776** | |
| How long employed there? | | **20 years** | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ N/A |
| 3. Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ N/A |
| 4. Calculate gross income. Add line 2 + line 3. | 4. | $ 0.00 | $ N/A |

Debtor 1 **Amelio, Alfonso**                         Case number (*if known*) **24-05039**

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ 0.00 | $ N/A |

**5. List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| 5e. | Insurance | 5e. | $ 0.00 | $ N/A |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| 5g. | Union dues | 5g. | $ 0.00 | $ N/A |
| 5h. | Other deductions. Specify: | 5h.+ | $ 0.00 | + $ N/A |

**6. Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.   $ 0.00    $ N/A

**7. Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.   $ 0.00    $ N/A

**8. List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm**<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 958.33 | $ N/A |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ N/A |
| 8f. | **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ N/A |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ 0.00 | + $ N/A |

**9. Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.   $ 958.33    $ N/A

**10. Calculate monthly income.** Add line 7 + line 9.    10.   $ 958.33 + $ N/A = $ 958.33
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11. State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify:                      11.   +$ 0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies    12.   $ 958.33

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Alfonso Amelio** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FORIDA |
| Case number (If known) | **24-05039** |

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.

   ☐ Yes. Does Debtor 2 live in a separate household?

       ☐ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ☐ No

   Do not list Debtor 1 and Debtor 2.    ■ Yes.    Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | **17** | ■ No ☐ Yes |
| **Daughter** | 14 | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do you expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

| | | |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | 0.00 |
| If not included in line 4: | | |
| 4a.    Real estate taxes | 4a. $ | 0.00 |
| 4b.    Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c.    Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d.    Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

| Debtor 1 | **Amelio, Alfonso** | Case number (if known) | **24-05039** |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 0.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 145.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 550.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 121.00 |
| 10. | **Personal care products and services** | | 10. $ | 0.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 40.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 0.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |

22. **Calculate your monthly expenses**

| | | | |
|---|---|---|---|
| 22a. Add lines 4 through 21. | | $ | 856.00 |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | 856.00 |

23. **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | | 958.33 |
| 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | | 856.00 |
| 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | | 102.33 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.   | Explain here:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Alfonso Amelio** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FORIDA | | |
| Case number | **24-05039** | | |
| (if known) | | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Sign Below |
|---|---|

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X _____     X _____
**Alfonso Amelio**                                 Signature of Debtor 2
Signature of Debtor 1

Date **September 7, 2024** _____     Date _____

CREDITOR MATRIX

AEJ 160 E 89th LLC
c/o Kossoff, PLLC
217 Broadway, Suite 401 New York, NY 10007

Ally Financial
Attn: Bankruptcy Dept PO Box 130424 Roseville, MN 55113

Jenelle C. Arnold
ALDRIDGE PITE, LLP
Attorneys for Nationstar Mortgage LLC 4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

American Agencies
2491 Paxton St
Harrisburg, PA 17111-1036

America's Servicing Co Attn: Bankruptcy Dept 3476 Stateview Blvd
Fort Mill, SC 29715-7203

American Express Centurion Bank c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

American Tax Funding, LLC PO Box 863517
Orlando, FL 32886-3517

Ameriquest Mortgage Co 15301 Spectrum Dr Ste 450 Addison, TX 75001-6436

AMGRO
100 North Pkwy
Worcester, MA 01605-1349

Amity Associates
PO Box 123
Mount Freedom, NJ 07970-0123 ASC Collections
PO Box 7739
Rochester, MN 55903-7739

Whitehall Properties II LLC
Todd Nashins
Borah, Goldstein, Altschuler, Nahins & Goidel, P.C. 377 Broadway
New York, NY 10013-3993

BAC Home Loans Servicing
f/k/a Countrywide Home Loans Servicing, 1800 Tapo Canyon Rd
Simi Valley, CA 93063-6712

Bank of America
f/k/a Countrywide Home Loans Servicing, 1800 Tapo Canyon Rd
Simi Valley, CA 93063-6712

Diana Eng
Blank Rome LLP (NYC)
1271 Avenue of the Americas
New York, NY 10020
*Counsel for Ocwen Loan Servicing, LLC*

AEJ 160 E 89 ST LLC
Brian Y. Epstein, Esq.
BELKIN BURDEN GOLDMAN, LLP 60 E 42nd St, 16th Floor
New York, New York 10165

Brandt, Milnes & Rea, P.C.
310 Grant St Ste 1109 Pittsburgh, PA 15219-2227

Capital One, N.A.
c/o Becket and Lee LLP PO Box 3001
Malvern PA 19355-0701

Capital One Financial Corporation 1680 Capital One Drive
McLean, VA 22102

Charter Communications Spectrum Corporate Headquarter 400 Washington Blvd.
Stamford, CT 06902

CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest Bank, FSB
P.O. Box 9013
Addison, Texas 75001

CitiBank USA N.A.
PO Box 6181
Sioux Falls, SD 57117-6181

City of Middletown
16 James St
Middletown, NY 10940-5724

Colony Pointe Townhouse Assoc 102 Broadway St Ste 500 Carnegie, PA 15106-2486

Consolidated Edison of New York, Inc. Att. Law Department
4 Irving Place RM 1875
New York, NY 10003

Convergent Outsourcing, Inc. PO Box 9004
Renton, WA 98057

CountryWide Home Loans 450 American St
Simi Valley, CA 93065-6285

Credit Center Inc
7 Finance Dr
Danbury, CT 06810-4133

Credit Collection Services PO Box 447
Norwood, MA 02062-0447

Jamie C. Krapf
Crowell & Moring LLP (NYC)
590 Madison Avenue
New York, NY 10022
*Counsel for Mcabe, Wesiburg & Conway, P.C.*

Daniel Brownstein and Maya Lahav 400 Birch Pl
Westfield, NJ 07090-4302

Department of Environmental Protection Customer Service Center
59–17 Junction Boulevard, 13th Floor Flushing, NY 11373

Deutsche Bank National Trust
c/o Ocwen Loan Servicing, LLC PO Box 24605
West Palm Beach, FL 33416-4605

Jonathan B. Nelson, Esq.

Dorf & Nelson LLP
The International Corporate Center
555 Theodore Fremd Avenue, Rye, NY 10580 *Counsel for Concrete Properties LLC*

Ida A. Moghimi-Kian, esq.
Diaz Anselmo & Associates, P.A. Attorneys for Creditor
P.O. BOX 19519
Fort Lauderdale, FL 33318

EMC Mortgage, LLC
2780 Lake Vista Dr Lewisville, TX 75067-3884

Eiges & Orgel
233 Broadway Rm 2205 New York, NY 10279-2300

Eversource Energy 300 Cadwell Drive Springfield, MA 01104

Zachary Gold, Esq.
FRIEDMAN VARTOLO LLP Attorneys for Plaintiff 85 Broad Street
Suite 501
New York, NY 10004

Federal National Mortgage Association c/o Seterus, Inc.
PO Box 1047
Hartford, CT 06143

Gregg P. Tabakin
Fein, Such Fein, Such, Kahn &

Shepard, P.C (NJ )
7 Century Drive, Suite 201 Parsippany, NJ 07054
*Counsel for Fein, Such & Crane LLP*

First Horizon
PO Box 1545
Memphis, TN 38101-1545

First Tennessee Bank, Nat'l Assoc PO Box 1469
Knoxville, TN 37901-1469 Fischer and Burstein, P.C.

98 Cuttermill Rd
Great Neck, NY 11021-3036

Alyssa Anne Sussman Goodwin Procter, LLP (NYC) The New York Times Building 620 Eighth
Avenue
New York, NY 10018-1405 *Counsel for Quicken Loans, Inc.*

Galia Houri
Eyal Ronen
3228 Schley Avenue Bronx, NY 10465

Gross Polowy, LLC
Attorneys for Nationstar Mortgage LLC And Seterus, Inc
Attn: Ahret A. VanHorn, Esq.

1775 Wehrle Drive, Suite 100 Williamsville, NY 14221
Harry Burstein

Fischer and Burstein, P.C.
98 Cutter Mill Road
Great Neck, NY 11021

Fischer and Burstein, P.C. 98 Cuttermill Rd
Great Neck, NY 11021-3036

Jonathan Schwalb, Esq. FRIEDMAN VARTOLO LLP 85 Broad Street Suite 501 New York,
New York 10004

Home Dept/ Citibank Attn: Bankruptcy Dept. P.O. Box 6497
Sioux Falls, SD 57117

Anthony J. Ortiz, Esq. Friedman Vartolo LLP
85 Broad Street, Suite 501 New York, NY 10004

FRIEDMAN VARTOLO LLP 1325 Franklin Avenue, Suite 160 Garden City, NY 11530

Francesca A. Arcure, Esq
Hill Wallack LLP
21 Roszel Road
Princeton, NJ 08543-5226 *Attornieys for MTGLQ Investors, LP*

Greenspoon Marder LLP
Trade Centre South
100 W. Cypress Creek Road, Suite 700
Fort Lauderdale, FL 33309
*Attorneys for Real Estate Growth Fund, LLC*

Homeq
PO Box 13716
Sacramento, CA 95853-3716

Homeward Residential 1525 S Belt Line Rd Coppell, TX 75019-4913

HSBC Bank USA,N.A. 2929 Walden Ave C17 Attn Business Services Depew, NY 14043

IC Systems
PO Box 64378
Saint Paul, MN 55164

IndyMac Bank
PO Box 4045 Kalamazoo, MI 49003

Jeanne Omlor
30190 US Hwy 19N #1144 Clearwater, FL 33761

Angelina E. Lim
Johnson, Pope, Bokor, Ruppel & Burns, LLP 401 E. Jackson Street, Ste 3100
Tampa, FL 33602

Kohls
PO Box 3115
Milwaukee, WI 53201-3115

Louis A. Levithan, Esq.
Knuckles, Komosinski, & Manfro, LLP 565 Taxter Road, Suite 590
Elmsford, NY 10523

Leopold & Associates, PLLC.
80 Business Park Drive, Suite 110 Armonk, NY 10504

Mackiewicz & Associates, LLC 625 Washington St
Hoboken, NJ 07030-4921

Christian Savio, Esq.
LAW OFFICES OF MANDEL, MANGANELLI & LEIDER, P.A.
Attorneys for Wilmington Savings
1900 NW Corporate Blvd., Suite 305W
Boca Raton, FL 33431

McCabe, Weisberg & Conway, LLC
Attorneys for DEUTSCHE BANK NATIONAL TRUST COMPANY
145 Huguenot Street, Suite 210
New Rochelle, NY 10801

Charles Jeanfreau
McCalla Raymer Leibert Pierce, LLC
485 Route 1 South, Building F Suite 300
Iselin, NJ 08830
*Counsel for Federal National Mortgage Association, Seterus, Inc. and One West Bank, N.A.*

Chelsea Nixon
McCabe, Weisberg & Conway, LLC Suite 1400
123 South Broad Street Philadelphia, PA 19109

Paul MacPherson
250 Sweet Gum Road Pittsburgh, PA 15238-1348

PNC Bank
PO Box 5570
Cleveland, OH 44101-0570

MTGLQ Investors, LP
c/o KML Law Group, PC 216 Haddon Ave Ste 406 Westmont, NJ 08108-2812

MTGLQ Investors, LP
Rushmore Loan Management Services, LLC P.O. Box 55004
Irvine, CA 92619-2708

Nationstar
PO Box 619096
Dallas, TX 75261-9096 Nationstar Mortgage 350 Highland Dr Lewisville, TX 75067

Nationstar Mortgage PO Box 130536 Dallas, TX 75313

Norris McLaughlin & Marcus, P.A. Attorneys for Colony Pointe Townhouse Association, Inc.
c/o Melissa A. Pena, Esq

875 Third Avenue, 8th Floor New York, NY 10022

NRZ REO VIII, LLC
KML LAW GROUP, P.C. Attn: Thomas Puleo, 701 Market St
Philadelphia, PA 19106-1538

NS161, LLC
c/o SN Servicing Corp 323 5th St
Eureka, CA 95501-0305

Ocwen Loan Servicing
PO Box 24646
West Palm Beach, FL 33416

One West Bank
6900 Beatrice Dr. Kalamazoo, MI 49009

Orange and Rockland Utilities, Inc 390 West Route 59
Spring Valley, NY 10977

Pittsburgh Water & Sewer Authority GRB Law
437 Grant Stree, 14th Floor
Frick Building
Pittsburgh, PA 15219-6101

Phillips Lytle, LLP
First Federal Plaza
28 E Main St Ste 1400 Rochester, NY 14614-1935

PNC Mortgage
PO Box 5570 Cleveland, OH 44101

Michael Pellegrino
Pellegrino & Feldstein, L.L.C. 290 Route 46
West Denville, NJ 07834

Quicken Loans
1050 Woodward Ave Detroit, MI 48226-1906

Veronica M. Rundle, Esq. RAS Boriskin, LLC
900 Merchants Concourse Westbury, New York 11590

Real Time Resolutions
1349 Empire Central Dr Ste 1 Dallas, TX 75247-4066

Miriam Rosenblatt
Robertson, Anschutz & Schneid, P.L Attorneys for Deutsche Bank National Trust Company
6409 Congress Ave
Boca Raton, FL 33487

Rosicki, Rosicki & Assoc 51 E Bethpage Rd Plainview, NY 11803-4224

Rushmore Capital Partners, LLC 65 Broadway Ste 835
New York, NY 10006-2503

Rushmore Loan Management Services PO Box 55004
Irvine, CA 92619-5004

Alina H. Eyet
Sandelands Eyet, LLP
145 Pine Haven Shores Road Shelburne, VT 05482

Saxton Mortgage Services 4718 Mercantile Dr
Fort Worth, TX 76137-3605

Specialized Loan Servicing
8742 Lucent Blvd Ste 300 Highlands Ranch, CO 80129-2386

THE LAW OFFICES OF JEREMY S. SUSSMAN Attorneys for NS161, LLC
225 Broadway, Suite 3800
New York, NY 10007

SW Credit Systems
4120 International Pkwy Ste 1100 Carrollton, TX 75007-1958

Town of New Milford
c/o Jessica Grossarth Kennedy, Esq. Pullman & Comley, LLC
850 Main Street, 8th Floor Bridgeport, CT 06601

US Bank National Association as Trustee c/o Richard M. Squire & Associates, LLC 115 West
Avenue
Suite 104
115 West Avenue Jenkintown,PA 19046-2031

SYNCB/Lowes
PO Box 965005
Orlando, FL 32896-5005
SW Credit Systems
4120 International Pkwy Ste 1100 Carrollton, TX 75007-1958

The Bank of New York Mellon c/o Buckley Madole, P.C.
420 Lexington Ave Rm 840 New York, NY 10170-0840

Max Reinhardt. Esq
The Legal Aid Society – Civil Practice Bronx Neighborhood Office – Housing Unit 260 East
161st Street, Floor 8
Bronx, NY 10451

Wesley M. Meyer Buckly Madole, P .C. PO Box 9013 Addison, TX 75001

Veripro Solutions, Inc PO Box 3572
Coppell, TX 75019-9572

Wells Fargo Bank
PO Box 10335
Des Moines, IA 50306-0335

Weinstein & Riley, BK Svcs 2001 Western Ave# 400 Seattle, W A 98121-3132

Wilmington Savings Fund Society, FSB c/o Knuckles, Komosinski & Manfro, LLP 565 Taxter
Rd Ste 590
Elmsford, NY 10523-2300

Wilmington Savings Fund Society, FSB c/o Rushmore Loan Management Services PO BOX
55004
Irvine, CA 92619

Deborah J. Piazza, Esq.
TARTER KRINSKY & DROGIN LLP 1350 Broadway, 11th Floor
New York, New York 10018

U.S. Bank National Association Nationstar Mortgage LLC
PO Box 619096
Dallas, TX 75261-9741

Village of Shadyside Community Assoc c/o Arnheim & Neely, Inc
425 N Craig St Ste 100
Pittsburgh, PA 15213-1187

Wells Fargo Bank
PO Box 10335
Des Moines, IA 50306-0335

Wilmington Savings
c/o Knuckles, Komosinski & Manfro, LLP 565 Taxter Rd Ste 590
Elmsford, NY 10523-2300

160 East 89th Street Realty Corp.
c/o Borah Goldstein Alshuler Nahins & Goidel PC 377 Broadway, 6th Floor
New York, NY 10013-6020

Kerri Ann Hofer
Richard N Hofer
20 SHANNON LANE, COS COB, CT 06807

62-64 Bank Street, LLC
20 SHANNON LANE, COS COB, CT 06807

John D Tower
CRAMER & ANDERSON LLP 51 Main Street
New Milford, CT 06776 Attorney for Plaintiff

BELKIN • BURDEN • GOLDMAN LLP Attorneys fotiliJudgment Creditor
One Grand Central Place
60 East 42nd Street, 16th Floor
New York, 144w York 10165

John J. Marshall
6800 Paragon Place, Suite 202 Richmond, VA 23230-1656

Fischer and Burstein, P.C.
99 Park Avenue, Suite 1100
New York, New York 10016

Fischer and Burstein, P.C.
118-35 Queens Blvd Suite 1210
Forest Hills, NY 11375

Roman Grutman, Esq., Esq.
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
900 Merchants Concourse, Westbury, NY 11590

Robert Williams, Esq.
Hladik, Onorato & Federman, LLP
Addr 1451 Chews Landing Rd Ste100
Laurel Springs, NJ 08021