UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED VIA MAIL

SEP 9 2024

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

IN RE:

Debtor(s) Alfonso Amelio

CASE NO.: 24-BK-05039-CED

## CHAPTER 13 PLAN

A. **NOTICES.**

Debtor must check one box on each line to state whether or not the Plan includes each of the following items. If an item is checked as "Not Included," if both boxes are checked, or if neither box is checked, the provision will be ineffective if set out later in the Plan.

| | | |
|---|---|---|
| A limit on the amount of a secured claim based on a valuation which may result in a partial payment or no payment at all to the secured creditor. See Sections C.5(d) and (e). A separate motion will be filed. | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase money security interest under 11 U.S.C. § 522(f). A separate motion will be filed. See Section C.5(e). | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section E. | ☐ Included | ■ Not included |
| THIS AMENDED PLAN PROVIDES FOR PAYMENTS TO CREDITOR/LESSOR [PLEASE ENTER NAME TO THE RIGHT] TO BE INCLUDED IN PLAN PAYMENTS; THE AUTOMATIC STAY IS REINSTATED AS TO THIS CREDITOR. | ☐ Included | ■ Not included |

NOTICE TO DEBTOR: IF YOU ELECT TO MAKE DIRECT PAYMENTS TO A SECURED CREDITOR UNDER SECTION C.5(i) OF THIS PLAN, TO SURRENDER THE SECURED CREDITOR'S COLLATERAL UNDER SECTION C.5(j), TO NOT MAKE PAYMENTS TO THE SECURED CREDITOR UNDER SECTION C.5(k), OR IF PAYMENTS TO A SECURED CREDITOR ARE NOT SPECIFICALLY INCLUDED IN THE PLAN PAYMENTS, THE AUTOMATIC STAY DOES NOT APPLY, AND THE CREDITOR MAY TAKE ACTION TO FORECLOSE OR REPOSSESS THE COLLATERAL.

SECURED CREDITORS INCLUDE THE HOLDERS OF MORTGAGE LOANS, CAR LOANS, AND OTHER LOANS FOR WHICH THE SECURED CREDITOR HAS A SECURITY INTEREST IN PERSONAL OR REAL PROPERTY COLLATERAL.

B. **MONTHLY PLAN PAYMENTS.**

Plan payments ("Plan Payments") include the Trustee's fee of 10% and shall begin 30 days from petition filing/conversion date. Debtor shall make Plan Payments to the Trustee for the period of 60 months. If the Trustee does not retain the full 10%, any portion not retained will be disbursed to allowed claims receiving payments under the Plan and may cause an increased distribution to the unsecured class of creditors

1. $102.33 from months 1 through 60 ;

1 All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals

**C.    PROPOSED DISTRIBUTIONS.**

    **1.    ADMINISTRATIVE ATTORNEY'S FEES.**

| | | | | | |
|---|---|---|---|---|---|
| Base Fee | $0.00 | Total Paid Prepetition | $0.00 | Balance Due | $0.00 |
| MMM Fee | $0.00 | Total Paid Prepetition | $0.00 | Balance Due | $0.00 |

Estimated Monitoring Fee at     $0.00     per Month.

Attorney's Fees Payable Through Plan at     $0.00     Monthly (subject to adjustment).

☒ NONE    Disputed    **2.    DOMESTIC SUPPORT OBLIGATIONS (as defined in 11 U.S.C. §101(14A)).**

☒ NONE    **3.    PRIORITY CLAIMS (as defined in 11 U.S.C. § 507).**

    **4.    TRUSTEE FEES.** From each Plan Payment received from Debtor, the Trustee shall receive a fee, the percentage of which is fixed periodically by the United States Trustee.

    **5.    SECURED CLAIMS.** Pre-confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments. The Trustee shall disburse adequate protection payments to secured creditors prior to confirmation, as soon as practicable, if the Plan provides for payment to the secured creditor, the secured creditor has filed a proof of claim, or Debtor or Trustee has filed a proof of claim for the secured creditor under 11 U.S.C. § 501(c), and no objection to the claim is pending. If Debtor's Plan Payments are timely paid, payments to secured creditors under the Plan shall be deemed contractually paid on time.

> ☒ NONE    **(a)    Claims Secured by Debtor's Principal Residence that Debtor Intends to Retain - Mortgage, HOA and Condominium Association Assessments, and Arrears, if any, Paid Through the Plan Under 11 U.S.C. § 1322(b)(5).** Debtor will cure prepetition arrearages and maintain regular monthly postpetition payments on the following claims secured by Debtor's principal residence. Under 11 U.S.C. § 1328(a)(1), Debtor will not receive a discharge of personal liability on these claims.
>
> Postpetition mortgage payments must be included in the Plan Payments. Mortgage payments are due on the first payment due date after the case is filed and continue monthly thereafter. The amount of postpetition mortgage payments may be adjusted as provided for under the loan documents. Postpetition ongoing homeowner's association and condominium association assessments may be included in the Plan or may be paid direct. If Debtor intends to pay postpetition assessments through the Plan, list the Regular Monthly Payment. If Debtor intends to pay postpetition assessments direct, state "Direct" in the Regular Monthly Payment column.

☐ NONE

**(b) Claims Secured by Other Real Property that Debtor Intends to Retain - Mortgage, HOA and Condominium Association Assessments, and Arrears, if any, Paid Through the Plan Under 11 U.S.C. § 1322(b)(5).** Debtor will cure prepetition arrearages and maintain regular monthly postpetition payments on the following claims secured by Debtor's real property. Under 11 U.S.C. § 1328(a)(1), Debtor will not receive a discharge of personal liability on these claims.

Postpetition mortgage payments must be included in the Plan Payments. Mortgage payments are due on the first payment due date after the case is filed and continue monthly thereafter. The amount of postpetition mortgage payments may be adjusted as provided for under the loan documents. Postpetition ongoing homeowner's association and condominium association assessments may be included in the Plan or may be paid direct. If Debtor intends to pay postpetition assessments through the Plan, list the Regular Monthly Payment. If Debtor intends to pay postpetition assessments direct, state "Direct" in the Regular Monthly Payment column.

|   | Last Four Digits of Acct. No. | Creditor | Collateral Address | Regular Monthly Payment | Gap Payment | Arrears |
|---|---|---|---|---|---|---|
| 1. | | | 17 Grant St | Unknown | $0.00 | Unknown |
| 2. | | | 3226 Schley Ave | Unknown | $0.00 | Unknown |
| 3. | | Option One Mortgage Quicken Loans | 3228 Schley Ave | Unknown | $0.00 | Unknown |
| 4. | | First Horizon Home Loans | 2610 Miles Ave | Unknown | $0.00 | Unknown |
| 5. | | American Mortgage | 410 Monroe St | Unknown | $0.00 | Unknown |
| 6. | | | 42 Slusser Ave | Unknown | $0.00 | Unknown |
| 7. | | | 4915 Clinton Rd | Unknown | $0.00 | Unknown |
| 8. | | | 9 Radtke Rd | Unknown | $0.00 | Unknown |
| 9. | | Countrywide Home Loans | 100 Denniston St #47 | Unknown | $0.00 | Unknown |

| | Last Four Digits of Acct. No. | Creditor | Collateral Address | Regular Monthly Payment | Gap Payment | Arrears |
|---|---|---|---|---|---|---|
| 10. | | First Horizon Home Loan | 72 Winteron Road | Unknown | $0.00 | Unknown |
| 11. | | | 11 Academy Ave | Unknown | $0.00 | Unknown |
| 12. | | | 13 Academy Ave | Unknown | $0.00 | Unknown |
| 13. | | | 15 Academy Ave | Unknown | $0.00 | Unknown |
| 14. | | | 17 Academy Ave | Unknown | $0.00 | Unknown |
| 15. | | | 19 Academy Ave | Unknown | $0.00 | Unknown |
| 16. | | | 814 Washington St #2 | Unknown | $0.00 | Unknown |
| 17. | | | 814 Washington St #5 | Unknown | $0.00 | Unknown |
| 18. | | | 100 Denniston St #2 | Unknown | $0.00 | Unknown |

1 All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals

| Last Four Digits of Acct. No. | Creditor | Collateral Address | Regular Monthly Payment | Gap Payment | Arrears |
|---|---|---|---|---|---|
| 19. | | 32 Main St | Unknown | | Unknown |
| 20. | | 145 Carlos Road | Unknown | | Unknown |
| 21. | | 1012 Alden Drive | Unknown | | Unknown |
| 22. | | 17 Cottage St | Unknown | | Unknown |
| 23. | | 75-79 1/2 Lake Ave | Unknown | | Unknown |
| 24. | | 68 Crotty Rd | Unknown | | Unknown |
| 25. | | Kirby Place | Unknown | | Unknown |
| 26. | | 7125 Fruitville Rd #1432 | Unknown | | Unknown |
| 27. | | Ironhouse Washington u1 | Unknown | | Unknown |
| 28. | Fremont Investment & Loan | 2577 Schurz Ave | Unknown | | Unknown |

1 All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals

| ☒ NONE | **(c)** **Claims Secured by Real Property of Debtor Seeks Mortgage Modification Mediation (MMM).** No later than 90 days from the petition date or the date the case converts to Chapter 13, Debtor shall file a motion seeking MMM. Information and forms related to MMM are available in the Court's procedure manual on the Court's website, www.flmb.uscourts.gov. Pending the resolution of the MMM, the Plan Payments shall include the following adequate protection payments to the Trustee: (1) for *homestead* property, the lesser of 31% of gross monthly income of Debtor and non-filing spouse, if any (after deducting homeowner's association fees), or the normal monthly contractual mortgage payment; or (2) for *non-homestead*, income-producing property, 75% of the gross rental income generated from the property. If Debtor obtains a modification of the mortgage, the modified payments shall be included in the Plan Payments. Debtor will not receive a discharge of personal liability on these claims. |
|---|---|
| ☒ NONE | **(d)** **Claims Secured by Real Property or Personal Property to Which 11 U.S.C. § 506 Valuation APPLIES (Strip Down).** Under 11 U.S.C. § 1322 (b)(2), this provision does not apply to a claim secured solely by Debtor's principal residence. **A separate motion to determine secured status or to value the collateral must be filed.** Payment on the secured portion of the claim, estimated below, is included in the Plan Payments. Unless otherwise stated in Section E, the Plan Payments do not include payments for escrowed property taxes or insurance. |
| ☒ NONE | **(e)** **Liens to be Avoided Under 11 U.S.C. § 522 or Stripped Off Under 11 U.S.C. § 506.** Debtor must file a separate motion under 11 U.S.C. § 522 to avoid a judicial lien or a nonpossessory, nonpurchase money security interest because it impairs an exemption or under 11 U.S.C. § 506 to determine secured status and to strip a lien. |
| ☒ NONE | **(f)** **Payments on Claims Secured by Real Property and/or Personal Property to Which 11 U.S.C. § 506 Valuation DOES NOT APPLY Under the Final Paragraph in 11 U.S.C. § 1325(a).** The claims listed below were either: (1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for Debtor's personal use; or (2) incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value. These claims will be paid in full under the Plan with interest at the rate stated below. |
| ☐ NONE | **(g)** **Claims Secured by Real or Personal Property to be Paid with Interest Through the Plan under 11 U.S.C. § 1322(b)(2).** The following secured claims will be paid in full under the Plan with interest at the rate stated below. |

| Last Four Digits of Creditor Acct. No. | Collateral Description / Address | Claim Amount | Payment Through Plan | Interest Rate |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |

| ☒ NONE | **(h)** **Claims Secured by Personal Property - Maintaining Regular Payments and Curing Arrearages, if any, Under 11 U.S.C. § 1322(b)(5).** Under 11 U.S.C. § 1328(a)(1), unless the principal amount of the claim is paid in full through the Plan, Debtor will not receive a discharge of personal liability on these claims. |
|---|---|

| ☒ NONE | **(i)    Secured Claims Paid Directly by Debtor.** The following secured claims are being made via automatic debit/draft from Debtor's depository account and will continue to be paid directly to the creditor or lessor by Debtor outside the Plan via automatic debit/draft. The automatic stay under 11 U.S.C. §§ 362(a) and 1301(a) is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate Debtor's state law contract rights. Because these secured claims are not provided for under the Plan, under 11 U.S.C. § 1328(a), Debtor will not receive a discharge of personal liability on these claims. |
|---|---|
| ☒ NONE | **(j)    Surrender of Collateral/Property that Secures a Claim.** Debtor will surrender the following collateral/property. The automatic stay under 11 U.S.C. §§ 362(a) and 1301(a) is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors upon the filing of this Plan. |
| ☒ NONE | **(k)    Secured Claims that Debtor Does Not Intend to Pay.** Debtor does not intend to make payments to the following secured creditors. The automatic stay under 11 U.S.C. §§ 362(a) and 1301(a) is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor with respect to these creditors upon the filing of this Plan. Debtor's state law contract rights and defenses are neither terminated nor abrogated. Because these secured claims are not provided for under the Plan, under § 1328(a), Debtor will not receive a discharge of personal liability on these claims. |

6.    **LEASES/EXECUTORY CONTRACTS.** As and for adequate protection, the Trustee shall disburse payments to creditors under leases or executory contracts prior to confirmation of the Plan, as soon as practicable, if the Plan provides for payment to creditor/lessor, the creditor/lessor has filed a proof of claim or Debtor or Trustee has filed a proof of claim for the secured creditor/lessor under 11 U.S.C. § 501(c), and no objection to the claim is pending. If Plan Payments are timely paid, payments to creditors/lessors under the Plan shall be deemed contractually paid on time.

| ☒ NONE | **(a)    Assumption of Leases/Executory Contracts for Real or Personal Property to be Paid and Arrearages Cured Through the Plan Under 11 U.S.C. § 1325(b)(5).** Debtor assumes the following leases/executory contracts and proposes the prompt cure of any prepetition arrearage as follows. Under 11 U.S.C. § 1328(a)(1), if the claim of the lessor/creditor is not paid in full through the Plan, Debtor will not receive a discharge of personal liability on these claims. |
|---|---|

| ☐ NONE | **(b)     Assumption of Leases/Executory Contracts for Real or Personal Property to be Paid Directly by Debtor.** Debtor assumes the following lease/executory contract claims that are paid via automatic debit/draft from Debtor's depository account and are to continue to be paid directly to the creditor or lessor by Debtor outside the Plan via automatic debit/draft. The automatic stay under 11 U.S.C. §§ 362(a) and 1301(a) is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate Debtor's state law contract rights. Because these leases/executory contracts are not provided for under the Plan, under 11 U.S.C. § 1328(a), Debtor will not receive a discharge of personal liability on these claims. |
|---|---|

|   | Last Four Digits of Acct. No. | Creditor/Lessor | Property/Collateral |
|---|---|---|---|
| 1. | 5623A | Arbor Terrace RV Resort | RV Lot Rent |
| 2. | 1432 | Sun Outdoors Sarasota | RV Lot Rent |
| 3. | 0005 | Sun Outdoors Sarasota | RV Lot Rent |

| ■ NONE | **(c)     Rejection of Leases/Executory Contracts and Surrender of Real or Personal Leased Property.** Debtor rejects the following leases/executory contracts and will surrender the following leased real or personal property. The automatic stay under 11 U.S.C. §§ 362(a) and 1301(a) is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. |
|---|---|

7.     **GENERAL UNSECURED CREDITORS.** General unsecured creditors with allowed claims shall receive a pro rata share of the balance of any funds remaining after payments to the above-referenced creditors or shall otherwise be paid under a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors shall be no less than $0.00          .

| **D.     GENERAL PLAN PROVISIONS:**<br>1.     Secured creditors, whether or not provided for under the Plan, shall retain the liens securing such claims.<br><br>2.     Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as allowed by order of the Court.<br><br>3.     If Debtor fails to check (a) or (b) below, or if Debtor checks both (a) and (b), property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise. Property of the estate<br><br>☐     (a) shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise, or<br><br>■     (b) shall vest in Debtor upon confirmation of the Plan. |
|---|

4. The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief and/or the proofs of claim as filed and allowed. Unless otherwise ordered by the Court, the Trustee shall only pay creditors with filed and allowed proofs of claim. An allowed proof of claim will control, unless the Court orders otherwise.

5. Debtor may attach a summary or spreadsheet to provide an estimate of anticipated distributions. The actual distributions may vary. If the summary or spreadsheet conflicts with this Plan, the provisions of the Plan control prior to confirmation, after which time the Order Confirming Plan shall control.

6. Debtor shall timely file all tax returns and make all tax payments and deposits when due. (However, if Debtor is not required to file tax returns, Debtor shall provide the Trustee with a statement to that effect.) For each tax return that becomes due after the case is filed, Debtor shall provide a complete copy of the tax return, including business returns if Debtor owns a business, together with all related W-2s and Form 1099s, to the Trustee within 14 days of filing the return. Unless otherwise ordered, consented to by the Trustee, or ordered by the Court, Debtor shall turn over to the Trustee all tax refunds in addition to the Plan Payments. Debtor shall not instruct the Internal Revenue Service or other taxing agency to apply a refund to the following year's tax liability. **Debtor shall not spend any tax refund without first having obtained the Trustee's consent or Court approval.**

E. **NONSTANDARD PROVISIONS as Defined in Federal Rule of Bankruptcy Procedure 3015(c).** Note: Any nonstandard provisions of this Plan other than those set out in this Section are deemed void and are stricken.

Homes listed in section 5b are all unknown amounts and true creditors are not defined due to criminally negligent transfers on the behalf of the original creditor. The amounts owed, if any will have to be adjudicated via adversary proceedings and once completed the plan will be amended with verifiable evidentiary support in order to complete an amended plan to be confirmed and executed for discharge. All adversary proceedings will be filed within 30 days of the date of this plan.

## CERTIFICATION

By filing this document, the Attorney for Debtor, or Debtor, if not represented by an attorney, certifies that the wording and order of the provisions in this Chapter 13 Plan are identical to those contained in the Model Plan adopted by this Court, and that this Plan contains no additional or deleted wording or nonstandard provisions other than any nonstandard provisions included in Section E.

**SIGNATURE(S):**

Debtor(s)

_/s/ Alfonso Amelio_   Date: September 7, 2024

Alfonso Amelio

_____   Date: _____

<u>Attorney for Debtor(s)</u>

_____    Date _____

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRIC OF FLORIDA

In re:                                )
                                      )
Alfonso Amelio                    ) ) )    Case No. 24-05039-CED
                                      )
          Debtor                      )    Chapter 13
_____)

## CERTIFICATE OF SERVICE

I hereby certify that on, September 7, 2024, a copy of CHAPTER 13 PLAN, was served electronically and/or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Respectfully submitted,

*(signature)*

Alfonso Amelio, Debtor Pro Se


VIA ELECTRONIC AND/OR USMAIL
Attached Service List

# SERVICE LIST

AEJ 160 E 89th LLC
c/o Kossoff, PLLC
217 Broadway, Suite 401
New York, NY 10007

Ally Financial
Attn: Bankruptcy Dept
PO Box 130424
Roseville, MN 55113

Jenelle C. Arnold
ALDRIDGE PITE, LLP
Attorneys for Nationstar Mortgage LLC
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

American Agencies
2491 Paxton St
Harrisburg, PA 17111-1036

America's Servicing Co
Attn: Bankruptcy Dept
3476 Stateview Blvd
Fort Mill, SC 29715-7203

American Express Centurion Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

American Tax Funding, LLC
PO Box 863517
Orlando, FL 32886-3517

Ameriquest Mortgage Co
15301 Spectrum Dr Ste 450
Addison, TX 75001-6436

AMGRO
100 North Pkwy
Worcester, MA 01605-1349

Amity Associates
PO Box 123
Mount Freedom, NJ 07970-0123
ASC Collections
PO Box 7739
Rochester, MN 55903-7739

Whitehall Properties II LLC
Todd Nashins
Borah, Goldstein, Altschuler, Nahins & Goidel, P.C.
377 Broadway
New York, NY 10013-3993

BAC Home Loans Servicing
f/k/a Countrywide Home Loans Servicing,
1800 Tapo Canyon Rd
Simi Valley, CA 93063-6712

Bank of America
f/k/a Countrywide Home Loans Servicing,
1800 Tapo Canyon Rd
Simi Valley, CA 93063-6712

Diana Eng
Blank Rome LLP (NYC)
1271 Avenue of the Americas
New York, NY 10020
*Counsel for Ocwen Loan Servicing, LLC*

AEJ 160 E 89 ST LLC
Brian Y. Epstein, Esq.
BELKIN BURDEN GOLDMAN, LLP
60 E 42nd St, 16th Floor
New York, New York 10165

Brandt, Milnes & Rea, P.C.
310 Grant St Ste 1109
Pittsburgh, PA 15219-2227

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Capital One Financial Corporation
1680 Capital One Drive
McLean, VA 22102

Charter Communications
Spectrum Corporate Headquarter
400 Washington Blvd.
Stamford, CT 06902

CIT Bank, N.A., fka OneWest Bank, N.A.,
fka OneWest Bank, FSB
P.O. Box 9013
Addison, Texas 75001

CitiBank USA N.A.
PO Box 6181
Sioux Falls, SD 57117-6181

City of Middletown
16 James St
Middletown, NY 10940-5724\

Colony Pointe Townhouse Assoc
102 Broadway St Ste 500
Carnegie, PA 15106-2486

Consolidated Edison of New York, Inc.
Att. Law Department
4 Irving Place RM 1875
New York, NY 10003

Convergent Outsourcing, Inc.
PO Box 9004
Renton, WA 98057

CountryWide Home Loans
450 American St
Simi Valley, CA 93065-6285

Credit Center Inc
7 Finance Dr
Danbury, CT 06810-4133

Credit Collection Services
PO Box 447
Norwood, MA 02062-0447

Jamie C. Krapf
Crowell & Moring LLP (NYC)
590 Madison Avenue
New York, NY 10022
*Counsel for Mcabe, Wesiburg & Conway, P.C.*

Daniel Brownstein and Maya Lahav
400 Birch Pl
Westfield, NJ 07090-4302

Department of Environmental Protection
Customer Service Center
59-17 Junction Boulevard, 13th Floor
Flushing, NY 11373

Deutsche Bank National Trust
c/o Ocwen Loan Servicing, LLC
PO Box 24605
West Palm Beach, FL 33416-4605

Jonathan B. Nelson, Esq.
Dorf & Nelson LLP
The International Corporate Center
555 Theodore Fremd Avenue, Rye, NY 10580
*Counsel for Concrete Properties LLC*

Ida A. Moghimi-Kian, esq.
Diaz Anselmo & Associates, P.A.
Attorneys for Creditor
P.O. BOX 19519
Fort Lauderdale, FL 33318

EMC Mortgage, LLC
2780 Lake Vista Dr
Lewisville, TX 75067-3884

Eiges & Orgel
233 Broadway Rm 2205
New York, NY 10279-2300

Eversource Energy
300 Cadwell Drive
Springfield, MA 01104

Zachary Gold, Esq.
FRIEDMAN VARTOLO LLP Attorneys for Plaintiff
85 Broad Street
Suite 501
New York, NY 10004

Federal National Mortgage Association
c/o Seterus, Inc.
PO Box 1047
Hartford, CT 06143

Gregg P. Tabakin
Fein, Such Fein, Such, Kahn &
Shepard, P.C (NJ )
7 Century Drive, Suite 201
Parsippany, NJ 07054
*Counsel for Fein, Such & Crane LLP*

First Horizon
PO Box 1545
Memphis, TN 38101-1545

First Tennessee Bank, Nat'l Assoc
PO Box 1469
Knoxville, TN 37901-1469
Fischer and Burstein, P.C.
98 Cuttermill Rd
Great Neck, NY 11021-3036

Alyssa Anne Sussman
Goodwin Procter, LLP (NYC)
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
*Counsel for Quicken Loans, Inc.*

Galia Houri
Eyal Ronen
3228 Schley Avenue
Bronx, NY 10465

Gross Polowy, LLC
Attorneys for Nationstar Mortgage LLC
And Seterus, Inc
Attn: Ahret A. VanHorn, Esq.
1775 Wehrle Drive, Suite 100
Williamsville, NY 14221
Harry Burstein
Fischer and Burstein, P.C.
98 Cutter Mill Road
Great Neck, NY 11021

Fischer and Burstein, P.C.
98 Cuttermill Rd
Great Neck, NY 11021-3036

Jonathan Schwalb, Esq.
FRIEDMAN VARTOLO LLP
85 Broad Street Suite 501
New York, New York 10004

Home Dept/ Citibank
Attn: Bankruptcy Dept.
P.O. Box 6497
Sioux Falls, SD 57117

Anthony J. Ortiz, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, NY 10004

FRIEDMAN VARTOLO LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530

Francesca A. Arcure, Esq
Hill Wallack LLP
21 Roszel Road
Princeton, NJ 08543-5226
*Attorneys for MTGLQ Investors, LP*

Greenspoon Marder LLP
Trade Centre South
100 W. Cypress Creek Road, Suite 700
Fort Lauderdale, FL 33309
*Attorneys for Real Estate Growth Fund, LLC*

Homeq
PO Box 13716
Sacramento, CA 95853-3716

Homeward Residential
1525 S Belt Line Rd
Coppell, TX 75019-4913

HSBC Bank USA,N.A.
2929 Walden Ave C17
Attn Business Services
Depew, NY 14043

IC Systems
PO Box 64378
Saint Paul, MN 55164

IndyMac Bank
PO Box 4045
Kalamazoo, MI 49003

Jeanne Omlor
30190 US Hwy 19N #1144
Clearwater, FL 33761

Angelina E. Lim
Johnson, Pope, Bokor, Ruppel & Burns, LLP
401 E. Jackson Street, Ste 3100
Tampa, FL 33602

Kohls
PO Box 3115
Milwaukee, WI 53201-3115

Louis A. Levithan, Esq.
Knuckles, Komosinski, & Manfro, LLP
565 Taxter Road, Suite 590
Elmsford, NY 10523

Leopold & Associates, PLLC.
80 Business Park Drive, Suite 110
Armonk, NY 10504

Mackiewicz & Associates, LLC
625 Washington St
Hoboken, NJ 07030-4921

Christian Savio, Esq.
LAW OFFICES OF MANDEL, MANGANELLI &
LEIDER, P.A.
Attorneys for Wilmington Savings
1900 NW Corporate Blvd., Suite 305W
Boca Raton, FL 33431

McCabe, Weisberg & Conway, LLC
Attorneys for DEUTSCHE BANK NATIONAL
TRUST COMPANY
145 Huguenot Street, Suite 210
New Rochelle, NY 10801

Charles Jeanfreau
McCalla Raymer Leibert Pierce, LLC
485 Route 1 South, Building F Suite 300
Iselin, NJ 08830
*Counsel for Federal National Mortgage
Association, Seterus, Inc. and One West Bank, N.A.*

Chelsea Nixon
McCabe, Weisberg & Conway, LLC
Suite 1400
123 South Broad Street
Philadelphia, PA 19109

Paul MacPherson
250 Sweet Gum Road
Pittsburgh, PA 15238-1348

PNC Bank
PO Box 5570
Cleveland, OH 44101-0570

MTGLQ Investors, LP
c/o KML Law Group, PC
216 Haddon Ave Ste 406
Westmont, NJ 08108-2812

MTGLQ Investors, LP
Rushmore Loan Management Services, LLC
P.O. Box 55004
Irvine, CA 92619-2708

Nationstar
PO Box 619096
Dallas, TX 75261-9096

Nationstar Mortgage
350 Highland Dr
Lewisville, TX 75067

Nationstar Mortgage
PO Box 130536
Dallas, TX 75313

Norris McLaughlin & Marcus, P.A.
Attorneys for Colony Pointe
Townhouse Association, Inc.
c/o Melissa A. Pena, Esq
875 Third Avenue, 8th Floor
New York, NY 10022

NRZ REO VIII, LLC
KML LAW GROUP, P.C. Attn: Thomas Puleo,
701 Market St
Philadelphia, PA 19106-1538

NS161, LLC
c/o SN Servicing Corp
323 5th St
Eureka, CA 95501-0305

Ocwen Loan Servicing
PO Box 24646
West Palm Beach, FL 33416

One West Bank
6900 Beatrice Dr.
Kalamazoo, MI 49009

Orange and Rockland Utilities, Inc
390 West Route 59
Spring Valley, NY 10977

Pittsburgh Water & Sewer Authority
GRB Law
437 Grant Stree, 14th Floor
Frick Building
Pittsburgh, PA 15219-6101

Phillips Lytle, LLP
First Federal Plaza
28 E Main St Ste 1400
Rochester, NY 14614-1935

PNC Mortgage
PO Box 5570
Cleveland, OH 44101

Michael Pellegrino
Pellegrino & Feldstein, L.L.C.
290 Route 46
West Denville, NJ 07834

Quicken Loans
1050 Woodward Ave
Detroit, MI 48226-1906

Veronica M. Rundle, Esq.
RAS Boriskin, LLC
900 Merchants Concourse
Westbury, New York 11590

Real Time Resolutions
1349 Empire Central Dr Ste 1
Dallas, TX 75247-4066

Miriam Rosenblatt
Robertson, Anschutz & Schneid, P.L
Attorneys for Deutsche Bank
National Trust Company
6409 Congress Ave
Boca Raton, FL 33487

Rosicki, Rosicki & Assoc
51 E Bethpage Rd
Plainview, NY 11803-4224

Rushmore Capital Partners, LLC
65 Broadway Ste 835
New York, NY 10006-2503

Rushmore Loan Management Services
PO Box 55004
Irvine, CA 92619-5004

Alina H. Eyet
Sandelands Eyet, LLP
145 Pine Haven Shores Road
Shelburne, VT 05482

Saxton Mortgage Services
4718 Mercantile Dr
Fort Worth, TX 76137-3605

Specialized Loan Servicing
8742 Lucent Blvd Ste 300
Highlands Ranch, CO 80129-2386

THE LAW OFFICES OF JEREMY S. SUSSMAN
Attorneys for NS161, LLC
225 Broadway, Suite 3800
New York, NY 10007

SW Credit Systems
4120 International Pkwy Ste 1100
Carrollton, TX 75007-1958

Town of New Milford
c/o Jessica Grossarth Kennedy, Esq.
Pullman & Comley, LLC
850 Main Street, 8th Floor
Bridgeport, CT 06601

US Bank National Association as Trustee
c/o Richard M. Squire & Associates, LLC
115 West Avenue
Suite 104
115 West Avenue
Jenkintown, PA 19046-2031

SYNCB/Lowes
PO Box 965005
Orlando, FL 32896-5005
SW Credit Systems
4120 International Pkwy Ste 1100
Carrollton, TX 75007-1958

The Bank of New York Mellon
c/o Buckley Madole, P.C.
420 Lexington Ave Rm 840
New York, NY 10170-0840

Max Reinhardt, Esq
The Legal Aid Society – Civil Practice
Bronx Neighborhood Office – Housing Unit
260 East 161st Street, Floor 8
Bronx, NY 10451

Wesley M. Meyer
Buckly Madole, P.C.
PO Box 9013
Addison, TX 75001

Veripro Solutions, Inc
PO Box 3572
Coppell, TX 75019-9572

Wells Fargo Bank
PO Box 10335
Des Moines, IA 50306-0335

Weinstein & Riley, BK Svcs
2001 Western Ave# 400
Seattle, WA 98121-3132

Wilmington Savings Fund Society, FSB
c/o Knuckles, Komosinski & Manfro, LLP
565 Taxter Rd Ste 590
Elmsford, NY 10523-2300

Wilmington Savings Fund Society, FSB
c/o Rushmore Loan Management Services
PO BOX 55004
Irvine, CA 92619

Deborah J. Piazza, Esq.
TARTER KRINSKY & DROGIN LLP
1350 Broadway, 11th Floor
New York, New York 10018

U.S. Bank National Association
Nationstar Mortgage LLC
PO Box 619096
Dallas, TX 75261-9741

Village of Shadyside Community Assoc
c/o Arnheim & Neely, Inc
425 N Craig St Ste 100
Pittsburgh, PA 15213-1187

Wells Fargo Bank
PO Box 10335
Des Moines, IA 50306-0335

Wilmington Savings
c/o Knuckles, Komosinski & Manfro, LLP
565 Taxter Rd Ste 590
Elmsford, NY 10523-2300

160 East 89th Street Realty Corp.
c/o Borah Goldstein Alshuler Nahins & Goidel PC 377 Broadway, 6th Floor
New York, NY 10013-6020

Kerri Ann Hofer
Richard N Hofer
20 SHANNON LANE, COS COB, CT 06807

62-64 Bank Street, LLC
20 SHANNON LANE, COS COB, CT 06807

John D Tower
CRAMER & ANDERSON LLP
51 Main Street
New Milford, CT 06776
Attorney for Plaintiff

BELKIN • BURDEN • GOLDMAN LLP
Attorneys fotiliJudgment Creditor
One Grand Central Place
60 East 42nd Street, 16th Floor
New York, 144w York 10165

John J. Marshall
6800 Paragon Place, Suite 202
Richmond, VA 23230-1656

Fischer and Burstein, P.C.
99 Park Avenue, Suite 1100
New York, New York 10016

Fischer and Burstein, P.C.
118-35 Queens Blvd Suite 1210
Forest Hills, NY 11375

Roman Grutman, Esq., Esq.
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
900 Merchants Concourse, Westbury, NY 11590

Robert Williams, Esq.
Hladik, Onorato & Federman, LLP
Addr 1451 Chews Landing Rd Ste100
Laurel Springs, NJ 08021